Robert S. Cohen
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4918

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **DISABILITY RIGHTS NEW JERSEY**, a New Jersey non-profit corporation,<br><br>Plaintiff,<br><br>- against -<br><br>**JENNIFER VELEZ**, in her official capacity as Commissioner, State of New Jersey Department of Human Services, and<br><br>**POONAM ALAIGH**, in her official capacity as Acting Commissioner, State of New Jersey Department of Health and Senior Services,<br><br>Defendants. | Civil Action No.: 3:10-cv-3950-MLC-DEA |

**DECLARATION OF ROBERT S. COHEN IN SUPPORT OF**
**<u>MOTION FOR ADMISSION *PRO HAC VICE*</u>**

I, Robert S. Cohen, file this Declaration in support of Plaintiff's motion for admission to appear before this Court *pro hac vice*, and hereby state as follows:

1. I am a partner at Kirkland & Ellis LLP, with offices at 601 Lexington Avenue, New York, NY 10022. I am fully familiar with the facts and circumstances surrounding this litigation, and I submit this Declaration in support of the motion of William Emmett Dwyer for my admission *pro hac vice*.

2. I am admitted to practice in, and am a member in good standing of, the State Bar of New York, U.S.D.C. for the Eastern District of New York, and U.S.D.C. for the Southern District of New York.

3. All notices, orders, and pleadings may be served on William Emmett Dwyer, counsel for Disability Rights New Jersey.

4. In light of the foregoing, I respectfully request, on behalf of Disability Rights New Jersey, that I be admitted *pro hac vice* for the purpose of representing it in this matter in association with New Jersey counsel. I agree to be bound by the rules governing practice in the New Jersey Courts, including disciplinary rules.

I declare under penalty of perjury that the foregoing is true and correct.

By: ______________________
Robert S. Cohen, Esq.

Robert S. Cohen
New York State Bar No. 4043287
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4918
Facsimile: (212) 446-4900
robert.cohen@kirkland.com

Dated: New York, NY
August 10, 2010

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on August 10, 2010.