HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
40 Paterson Street, P.O. Box 480
New Brunswick, NJ 08903
(732)545-4717
Attorneys for Defendants, Jennifer Velez, in her official capacity as Commissioner, State of New Jersey Department of Human Services and the State of New Jersey

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK, NEW JERSEY

| | |
|---|---|
| Plaintiff,<br><br>DISABILITY RIGHTS NEW JERSEY, INC., a New Jersey non-profit corporation<br><br>vs.<br><br>Defendants,<br><br>JENNIFER VELEZ, in her official capacity as Commissioner, State of New Jersey Department of Human Services, and POONAM ALAIGH, in her official capacity as Commissioner, State of New Jersey Department of Health and Senior Services and State of New Jersey | Honorable Dickinson R. Debevoise, Sr., U.S.S.D.J<br><br>CIVIL ACTION NO. 2:10-cv-3950(DRD/PS)<br><br>**NOTICE OF MOTION<br>FOR SUMMARY JUDGMENT**<br><br><u>**ELECTRONICALLY FILED**</u> |

SIRS:

    PLEASE TAKE NOTICE that the undersigned attorneys for Defendants, Jennifer Velez, in her official capacity as Commissioner, State of New Jersey Department of Human Services and the State of New Jersey, will apply to the above-named Court at the United States District Courthouse, Newark, New Jersey, on January 7, 2013 at 10:00 a.m., or as soon thereafter as counsel may be heard, for an Order granting for Summary Judgment.

    PLEASE TAKE FURTHER NOTICE that in support of this motion, the undersigned will rely upon the enclosed Certification of Susan K. O'Connor filed herewith.

PLEASE TAKE FURTHER NOTICE that in accordance with Rule 12 C of the General Rules of this court, a proposed Order is annexed hereto.

Oral argument is requested on the within motion.

HOAGLAND, LONGO, MORAN,<br>
DUNST & DOUKAS, LLP<br>
Attorneys for Defendant, Jennifer Velez, in her official capacity as Commissioner, State of New Jersey Department of Human Services and State of New Jersey

By: _____
Susan K. O'Connor

Dated: November 28, 2012