## CERTIFICATE OF MAILING

I, the undersigned, certify that on this date, I forwarded a copy of the within pleading to the following persons by electronic filing and Lawyers' Service:

Dickinson R. Debevoise, Sr., U.S.S.D.J.
United States District Court - Newark
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Melody Wells, Esq.
Kirkland & Ellis, LLP
601 Lexington Avenue
New York, NY 10022-4611

William Emmett Dwyer, Esq.
Disability Rights New Jersey, Inc.
210 South Broad Street, 3rd Floor
Trenton, NJ 08608

Gerard A. Hughes, DAG
State of New Jersey/DHS -Division of Law
RJ Hughes Justice Complex
25 Market Street - 8th Floor
Trenton, NJ 08625

I certify that the foregoing statements made by me are true.  I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

HOAGLAND, LONGO, MORAN,
DUNST & DOUKAS, LLP
Attorneys for Defendant, Jennifer Velez, in
her official capacity as Commissioner, State
of New Jersey Department of Human
Services and State of New Jersey

By: _____
Susan K. O'Connor

Dated:  November 28, 2012