HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
40 Paterson Street, P.O. Box 480
New Brunswick, NJ 08903
(732)545-4717
Attorneys for Defendants, Jennifer Velez, in her official capacity as Commissioner, State of New Jersey Department of Human Services and the State of New Jersey

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK, NEW JERSEY

| | |
|---|---|
| Plaintiff,<br><br>DISABILITY RIGHTS NEW JERSEY, INC., a New Jersey non-profit corporation<br><br>vs.<br><br>Defendants,<br><br>JENNIFER VELEZ, in her official capacity as Commissioner, State of New Jersey Department of Human Services, and POONAM ALAIGH, in her official capacity as Commissioner, State of New Jersey Department of Health and Senior Services and State of New Jersey | Honorable Dickinson R. Debevoise, Sr., U.S.S.D.J<br><br>CIVIL ACTION NO. 2:10-cv-3950(DRD/PS)<br><br>**ORDER**<br><br>**ELECTRONICALLY FILED** |

THIS MATTER having been brought before the Court on Motion of Hoagland, Longo, Moran, Dunst & Doukas, LLP, attorneys for the Defendants, Jennifer Velez, in her official capacity as Commissioner, State of New Jersey Department of Human Services and State of New Jersey, for an Order granting said Defendant Summary Judgment in the within cause of action and the Court having reviewed the moving papers and for good cause shown;

IT IS ON THIS _____ day of _____, 2013,

ORDERED that the Defendants, Jennifer Velez, in her official capacity as Commissioner, State of New Jersey Department of Human Services and the State of New Jersey's, Motion for Summary Judgment be and is hereby granted in favor of said Defendants and that any and all claims

asserted against Defendants are hereby dismissed with prejudice; and

      IT IS FURTHER ORDERED that a copy of the within Order shall be served upon all counsel of record within seven (7) days of the date hereof.

                                                                                                      _____

                                                                                     Dickinson R. Debevoise, Sr., U.S.S.D.J.