


# EXHIBIT D

August 2012

Curriculum Vitae

## Personal Data

| | |
|---|---|
| Name: | Paul S. Appelbaum, M.D. |
| Title: | Elizabeth K. Dollard Professor of Psychiatry, Medicine, and Law<br>Director, Division of Psychiatry, Law and Ethics<br>Department of Psychiatry<br>Columbia University College of Physicians and Surgeons |
| | Research Scientist<br>New York State Psychiatric Institute |
| | Director, Center for Research on the Ethical, Legal and Social Implications (ELSI) of Psychiatric, Neurologic, & Behavioral Genetics<br>Department of Psychiatry<br>Columbia University College of Physicians and Surgeons |
| Address: | New York State Psychiatric Institute/<br>Columbia University Medical Center<br>1051 Riverside Drive, Box 122<br>New York, NY 10032 (office) |
| Date of Birth: | November 30, 1951 |
| Place of Birth: | Brooklyn, New York |

## Academic Training

| | | |
|---|---|---|
| 1968 | | Stuyvesant High School, NY |
| 1972 | A.B. | Columbia College (Biology) |
| 1976 | M.D. | Harvard Medical School |
| 1979-1980 | | Harvard Law School (special student) |
| 1983-1984 | | Graduate School of Public Health, University of Pittsburgh (special student) |

## Traineeship

| | |
|---|---|
| 1976-1977 | Intern in Medicine, Soroka Hospital, Beersheva, Israel |
| 1977-1979 | Resident in Psychiatry, Massachusetts Mental Health Center/Harvard Medical School, Boston, MA |
| 1979-1980 | Chief Resident in Legal Psychiatry, Massachusetts Mental Health Center/Harvard Medical School, Boston, MA |
| 1979-1980 | Fellow in Mental Health Administration, Massachusetts Mental Health Center/Harvard Medical School, Boston, MA |

## Licensure and Certification

| | |
|---|---|
| 1977 | Massachusetts License No. 53808 (no longer active) |
| 1980 | Pennsylvania License No. MD-023867-E (no longer active) |

| | |
|---|---|
| 1981 | Board Certification in Psychiatry, American Board of Psychiatry and Neurology, Certificate #22719 |
| 1988 | District of Columbia License No. 17336 (no longer active) |
| 1994 | Added Qualifications in Forensic Psychiatry, American Board of Psychiatry and Neurology, Certificate #18 (renewed, 2004) |
| 2005 | New York License No. 237042 |

**Professional Organizations and Societies**

Memberships in Professional Societies:

| | |
|---|---|
| 1979- | American Psychiatric Association |
| 1979-1980 | Massachusetts Psychiatric Society |
| 1980-1984 | Pennsylvania Psychiatric Society |
| 1980- | American Academy of Psychiatry and the Law |
| 1983- | American Society of Law, Medicine, and Ethics |
| 1984-2006 | Massachusetts Psychiatric Society |
| 1988- | International Academy of Law and Mental Health |
| 1996-2005 | Association for the Advancement of Philosophy and Psychiatry |
| 1998-2006 | American Medical Association |
| 2005-2009 | American College of Psychiatrists |
| 2005- | New York Academy of Medicine |
| 2006- | New York County Psychiatric Society |
| 2006- | New York Psychiatric Society |
| 2007- | International Neuroethics Society |
| 2011- | American College of Neuropsychopharmacology |

Service:

*American Psychiatric Association*:

| | |
|---|---|
| 1980-1984 | Committee on State Hospitals, (corresponding member 1982-1984) |
| 1980-1983 | Task Force on Psychiatric Participation in Sentencing |
| 1981-1990 | Commission on Judicial Action (consultant 1981-1984; chairman 1984-1990) |
| 1984-1994 | Joint Reference Committee (ex-officio member) |
| 1984-1986 | Task Force on Tardive Dyskinesia (consultant) |
| 1990-1995 | Council on Psychiatry and Law (chair, 1990-1994) |
| 1995-2001 | Isaac Ray Award Board (chair, 1995-2000) |
| 1995-2000 | Committee on the Use of the Litigation Fund (vice-chair, 1999-2000) |
| 1997-2006 | Board of Trustees |
| 1997-1999 | Secretary |
| 1997-1999 | Ethics Appeals Board (chair) |
| 1997-1998 | Task Force to Review APA Conflict of Interest Policy |
| 1998-1999 | Editorial Advisory Committee (chair) |
| 1998-1999 | Board Subcommittee to Review the By-Laws of the Research Institute |
| 1999-2001 | Vice-President |
| 1999-2002 | Joint Reference Committee (chair, 2001-2002) |
| 1999-2001 | Committee on District Branch Relations (consultant, 1999-2000; |

| | |
|---|---|
| | chair, 2000-2001) |
| 1999 | Task Force to Review Future Options for the Journal of Psychotherapy Practice and Research (chair) |
| 2000 | Ad Hoc Task Force to Develop Procedures for Revenue Sharing (co-chair) |
| 1999-2002 | Commission on Public Policy, Advocacy and Litigation (consultant, 2001-2002) |
| 2000 | Work Group on Selection of Directors for the American Psychiatric Publishing Group (chair) |
| 2000-2002 | Task Force on Research Ethics (Board liaison) |
| 2001-2002 | President-Elect |
| 2001-2003 | Board of Directors, American Psychiatric Institute for Research & Education (Executive Committee, 2001-2003) |
| 2001-2003 | Board of Directors, American Psychiatric Publishing, Inc. |
| 2001-2003 | Distinguished Service Award Committee (chair) |
| 2002-2003 | President |
| 2003-2004 | Nominating Committee (chair) |
| 2004- | Council on Psychiatry & Law (chair, 2004-2008; corresponding member, 2011- ) |
| 2004-2008 | Joint Reference Committee (ex officio) |
| 2004-2008 | Committee on Advocacy & Litigation Funding |
| 2008-2010 | Ad Hoc Workgroup on Relationships Between Psychiatrists and Industry (chair) |
| 2009- | Committee on Judicial Action (consultant, 2009-2010; chair 2010- ) |
| 2011 | Distinguished Service Award Committee |
| 2012- | DSM-5 Summit Group |
| 2012- | Medical Director Search Committee (chair) |

*American Academy of Psychiatry and the Law*:

| | |
|---|---|
| 1982-1985 | Program Committee |
| 1984-1986 | Committee on Ethics |
| 1984-1986 | Rappeport Fellowship Committee (chairman) |
| 1987-1990 | Councilor |
| 1995-1996 | President (president-elect, 1994-1995; executive council, 1994-1997) |
| 1997-2002 | Long Range Planning Committee |
| 1997-1999 | Nominating Committee |
| 1998-2000 | Awards Committee (chair, 1998-2000) |

*Massachusetts Psychiatric Society*:

| | |
|---|---|
| 1992-1993 | President (president-elect, 1991-1992; executive committee, 1991-1994) |
| 1995 | Task Force on Confidentiality (chair) |

**Academic Appointments**

| | |
|---|---|
| 1977-1980 | Clinical Fellow in Psychiatry, Harvard Medical School |
| 1980-1984 | Assistant Professor of Psychiatry, University of Pittsburgh School of Medicine |

| | |
|---|---|
| 1981-1982 | Assistant Professor of Law (secondary appointment), University of Pittsburgh School of Law |
| 1982-1984 | Associate Professor of Law (secondary appointment), University of Pittsburgh School of Law |
| 1984 | Associate Professor of Psychiatry, University of Pittsburgh School of Medicine |
| 1984-1985 | Lecturer in Psychiatry, Harvard Medical School |
| 1985 | Associate Professor of Psychiatry, Harvard Medical School |
| 1988-1989 | Visiting Interdisciplinary Professor, Georgetown University Law Center |
| 1985-2005 | A.F. Zeleznik Distinguished Professor of Psychiatry, University of Massachusetts Medical School, Worcester, MA (tenured) |
| 1992-2005 | Chairman, Department of Psychiatry, University of Massachusetts Medical School |
| 1996-1997 | Fellow, Center for Advanced Study in the Behavioral Sciences, Stanford, CA |
| 2006- | Faculty Associate, Columbia University Center for Bioethics |
| 2006- | Affiliated Faculty Member, Columbia Law School |
| 2006- | Member, Center for Human Genetics, Columbia University |
| 2006- | Elizabeth K. Dollard Professor of Psychiatry, Medicine, and Law, and Director, Division of Psychiatry, Law and Ethics, Department of Psychiatry, Columbia University College of Physicians and Surgeons (tenured) |

**Hospital Appointments**

| | |
|---|---|
| 1979-1980 | Director, Legal Psychiatry Consultation Service, Massachusetts Mental Health Center, Boston, MA |
| 1980-1981 | Medical Consultant, Family Therapy Clinic, Western Psychiatric Institute and Clinic, Pittsburgh, PA |
| 1980-1984 | Consultant, Law and Psychiatry Consult Service, Western Psychiatric Institute and Clinic, Pittsburgh, PA |
| 1981-1984 | Medical Consultant, Special Therapies and Mood Disorders Modules, Western Psychiatric Institute and Clinic, Pittsburgh, PA |
| 1983-1984 | Co-director, Law and Psychiatry Program, Western Psychiatric Institute and Clinic, Pittsburgh, PA |
| 1984 | Director, Law and Psychiatry Program, Western Psychiatric Institute and Clinic, Pittsburgh, PA |
| 1984-1985 | Executive Officer, Massachusetts Mental Health Center, Boston, MA |
| 1984-1985 | Director, Program in Psychiatry and the Law, Massachusetts Mental Health Center, Boston, MA |
| 1985-2005 | Director, Law and Psychiatry Program, University of Massachusetts Medical School, Worcester, MA |
| 1992-2005 | Chairman, Department of Psychiatry, University of Massachusetts Medical Center/UMass Memorial Medical Center |
| 2006- | Attending Psychiatrist, New York Presbyterian Hospital |
| 2006- | Research Psychiatrist, New York State Psychiatric Institute |

**Honors**

| | |
|---|---|
| 1972 | Phi Beta Kappa |
| 1979-1980 | Sol. W. Ginzburg Fellowship, Group for the Advancement of Psychiatry |
| 1980 | Honorable Mention, 22nd Annual Harry C. Solomon Essay Award, Massachusetts Mental Health Center |
| 1981 | First Prize, 23rd Annual Harry C. Solomon Essay Award, Massachusetts Mental Health Center |
| 1983 | Manfred S. Guttmacher Award of the American Psychiatric Association and the American Academy of Psychiatry and the Law for the outstanding contribution to the literature of forensic psychiatry (awarded for the *Clinical Handbook of Psychiatry and the Law*) |
| 1983 | 3rd Annual Norbert Enzer Memorial Lecture, Mt. Sinai Hospital, Milwaukee |
| 1983-1984 | Research Scientist Career Awardee, National Institute of Mental Health |
| 1984 | Honorable Mention, Nellie Westerman Prize of the American Federation for Clinical Research for research in medical ethics |
| 1986 | Dean's Alumni Award, Columbia College |
| 1986 | Sam G. Dunn Lecture in Medicine and the Humanities, University of Texas Medical Branch at Galveston |
| 1986 | 4th Samuel and Kathryn Yochelson Lecture, Yale University, New Haven |
| 1990 | 1st Bruce Siegel Memorial Lecture, Mount Carmel Medical Center, Columbus, Ohio |
| 1990 | Fellow, American Psychiatric Association |
| 1990 | Isaac Ray Award of the American Psychiatric Association for outstanding contributions to forensic psychiatry and the psychiatric aspects of jurisprudence |
| 1991 | Isaac Ray Award Lectures: Massachusetts Mental Health Center, Boston; Western Psychiatric Institute and Clinic, Pittsburgh |
| 1992- | Best Doctors in America, 1st edition and all subsequent editions |
| 1992- | Who's Who in America, 43rd edition and all subsequent editions |
| 1992 | 5th P. Browning Hoffman Memorial Lecture, University of Virginia Law School, Charlottesville |
| 1993 | Kinsman Lecture on Medical Ethics, Oregon Health Sciences University, Portland |
| 1993 | Saleem Shah Memorial Award of the State Mental Health Forensic Directors Association for contributions to forensic mental health services |
| 1994 | Jacob Finesinger Memorial Lecture, University of Maryland Medical School, Baltimore |
| 1994 | 4th Paul Mendelsohn Memorial Grand Rounds, Tufts-New England Medical Center, Boston |
| 1995 | Pfizer Visiting Professor, Department of Psychiatry, University of California at Davis |
| 1995 | Will Solimene Award for Excellence in Medical Communication, New England Chapter, American Medical Writers Association (awarded for *Almost a Revolution: Mental Health Law and the Limits of Change*) |

| | |
|---|---|
| 1996 | Manfred S. Guttmacher Award of the American Psychiatric Association and the American Academy of Psychiatry & the Law for the outstanding contribution to the literature of forensic psychiatry (awarded for *Almost a Revolution: Mental Health Law & the Limits of Change*) |
| 1996-1997 | Fritz Redlich Fellow, Center for Advanced Study in the Behavioral Sciences |
| 1997 | Edward J. Strecker, M.D., Award of the Institute of Pennsylvania Hospital and Jefferson Medical College for outstanding contributions in the field of clinical psychiatry |
| 1998 | Pfizer Visiting Professor, Maryland Psychiatric Research Center, University of Maryland |
| 1998 | Kenneth Gray Memorial Lecture, Canadian Psychiatric Association Annual Meeting, Halifax |
| 1999 | 13th Charles E. Steinberg Lecture in Psychiatry and Law, University of Rochester School of Medicine, Rochester, NY |
| 1999 | 4th Raymond W. Waggoner Lecture on Ethics and Values in Medicine, University of Michigan Medical Center, Ann Arbor |
| 1999 | Excellence in Teaching Award, Psychiatric Residency Program, University of Massachusetts Medical School |
| 2000 | Manfred S. Guttmacher Award of the American Psychiatric Association and The American Academy of Psychiatry and the Law for the outstanding contribution to the literature of forensic psychiatry (awarded for *Assessing Competence to Consent to Treatment: A Guide for Physicians and Other Health Professionals*). |
| 2000 | Elected to membership in the Institute of Medicine of the National Academy of Sciences |
| 2000 | 26th Herman Dinkel Lecture, Oregon Health Sciences University, Columbia Gorge, Oregon |
| 2000 | Peter Scott Memorial Lecture, Royal College of Psychiatrists Annual Meeting, Edinburgh, Scotland |
| 2000 | 1st Mark Nordenberg Lecture on Law and Psychiatry, University of Pittsburgh School of Law, Pittsburgh, PA |
| 2001 | C. Charles Burlingame Award of the Institute of Living for major contributions to the field of psychiatry. |
| 2001 | Pfizer Visiting Professor, Mount Sinai Medical School, City University of New York. |
| 2001 | Seymour Pollack Award of the American Academy of Psychiatry and the Law for distinguished contributions to the field of forensic psychiatry. |
| 2002 | Manfred S. Guttmacher Award of the American Psychiatric Association & the American Academy of Psychiatry and the Law for the outstanding contribution to the literature of forensic psychiatry (awarded for *Rethinking Risk Assessment: The MacArthur Study of Mental Disorder and Violence*.) |

| | |
|---|---|
| 2002 | Phillippe Pinel Award of the International Academy of Law and Mental Health for outstanding contributions to scholarship, pedagogy, and leadership in the field of law and mental health. |
| 2002 | Fredrick L. Weniger Lecture, Western Psychiatric Institute, University of Pittsburgh Medical School, Pittsburgh, PA. |
| 2002 | Enid Stokes Lecture, Titus Harris Psychiatric Society, Galveston, TX. |
| 2002 | 1st George Harding IV, MD Lecture on Religion & Psychiatry, Loma Linda University Medical School, Loma Linda, CA |
| 2003 | Wolfe Adler Lecture, Sheppard Pratt Heath System, Baltimore, MD. |
| 2003 | Distinguished Fellow, American Psychiatric Association |
| 2003 | 12th Roger Alan Moore Lecture on Values & Medicine: Ethical, Religious and Cultural Perspectives, Harvard Medical School, Boston, MA. |
| 2003 | 1st Seth Adams Memorial Lecture, Faulkner Hospital, Boston, MA. |
| 2004 | Janssens Distinguished Visiting Professor, Department of Psychiatry, Mayo Clinic, Rochester, MN |
| 2004 | Guide to America's Top Psychiatrists (Consumers' Research Council of America, also 2009) |
| 2005 | Fellow, American College of Psychiatrists |
| 2005 | Fellow, New York Academy of Medicine |
| 2006 | 20th Ed Hornick Memorial Lecture, New York Academy of Medicine, New York, NY |
| 2006 | President's Award of the Massachusetts Psychiatric Society for distinguished contributions to psychiatry |
| 2006 | George Saslow Lecture, Oregon Health Sciences University, Portland, OR |
| 2007 | Merck Visiting Scholar, Seton Hall University School of Law, Newark, NJ |
| 2007 | Best Doctors in New York (and every year since) |
| 2007 | Honorary Distinguished Member, American Psychology-Law Society |
| 2007 | Isaac Hays, MD and John Bell, MD Award for Leadership in Medical Ethics and Professionalism, American Medical Association |
| 2007 | Best Doctors in America (and every year since) |
| 2008 | Special Recognition Award, American Psychiatric Association |
| 2008 | Max and Sara Cowan Memorial Lectures in Humanistic Medicine, University of Utah School of Medicine |
| 2008 | America's Top Doctors (and every year since) |
| 2009 | Honorary Member, Israel Psychiatric Association |
| 2009 | 18th Annual John J. Conley, MD Lecture in Medical Ethics, St. Vincent's Hospital, NY, NY |
| 2010 | Highly Cited Researcher, Institute for Scientific Information |
| 2010 | Sconyers/Godfrey Ethics Lecture, Seattle Children's Hospital/University of Washington |
| 2010 | Keynote Speaker, Annual Meeting, Royal Australia and New Zealand College of Psychiatrists, Auckland, NZ |
| 2010 | Oscar M. Ruebhausen Lecture, School of Law, University of Southern California, Los Angeles |
| 2011 | Special Presidential Commendation, American Psychiatric Association |
| 2011 | Residents' Choice Grand Rounds Lecturer, Dept. of Psychiatry, NY State Psychiatric Institute/Columbia University |

2011 Fellow, The Hastings Center

2012 Charles E. Smith Memorial Lecture, National Institute for Psychobiology in Israel, Jerusalem

**Grant Support**

**Past Funding**

1979-1980 Principal Investigator, Patients' Competence to Consent to Hospitalization, Foundations Fund for Research in Psychiatry.

1980-1983 Principal Investigator, Clinical Training in Forensic Psychiatry, National Institute of Mental Health.

1980-1984 Co-Investigator, Legal and Ethical Issues in Psychiatric Research, Foundations Fund for Research in Psychiatry. (Loren H. Roth, M.D., Principal Investigator)

1981-1982 Principal Investigator, Patients Who Refuse Treatment in Medical Hospitals, President's Commission for the Study of Ethical Problems in Medicine and Biomedical and Behavioral Research.

1983-1984 Principal Investigator, Studies of Civil Commitment of the Mentally Ill, Research Scientist Development Award, National Institute of Mental Health.

1987-1988 Principal Investigator, Neuropsychological Correlates of Competence, Basic Science Research Grant (NIH), University of Massachusetts Medical Center.

1989-1996 Co-Principal Investigator, Assessing the Decision-making Capacities of the Mentally Ill, John D. and Catherine T. MacArthur Foundation (with Thomas Grisso, PhD), $1,084,873.

1989-1997 Co-Principal Investigator and Site PI, Risk Assessment of Violence in the Mentally Disordered (Henry Steadman, PhD, Principal Investigator), John D. and Catherine T. MacArthur Foundation, approx. $1,200,000.

1998-2000 Co-Principal Investigator, Informed Consent and the Therapeutic Misconception, NIMH, (Charles Lidz, PhD, Principal Investigator), $600,000.

1999-2004 Consultant, Clinical Antipsychotic Trials in Intervention Effectiveness, NIMH Grant # R01-MH90001 (Jeffrey Lieberman, M.D., Principal Investigator), $42,750.

2000-2004 Co-Investigator, Research Ethics in Schizophrenia, NIMH Grant # R01 MH58898-06 (Will Carpenter, MD, Principal Investigator), subcontract $85,000.

| | |
|---|---|
| 2001-2003 | Co-Investigator and Site PI, Violence Risk Assessment Software (SBIR), NIMH Grant # R44-MH59453-02 (Henry Steadman, PhD, Principal Investigator) subcontract $14,690. |
| 2002-2004 | Co-Principal Investigator and Site PI, Prevalence Study of Leverage in Community Treatment, John D. and Catherine T. MacArthur Foundation, $73, 797. |
| 2005 | Principal Investigator, Leverage in Assertive Community Treatment Programs. John D. and Catherine T. MacArthur Foundation, $43,000. |
| 2004-2006 | Co-Investigator, Competition Between Science and Care In Clinical Trials, NINDS Grant # R01-NS049595 (Charles Lidz, PhD, Principal Investigator), $436,365. |
| 2002-2006 | Co-Investigator, Effectively Implementing Psychiatric Advance Directives, NIMH Grant # R01 MH063949-02 (Jeffrey Swanson, PhD, Principal Investigator), subcontract $44,902. |
| 2007-2008 | Principal Investigator, Voluntary Decision Making About Participation in Human Subjects Research. Greenwall Foundation, $48,900. |
| 2004-2008 | Co-Investigator, DVD Consent for Research in Older Schizophrenia Patients, NIMH Grant #1-R01-MH067902-01 (Dilip Jeste, MD, Principal Investigator), subcontract $33,430. |
| 2004-2010 | Co-Investigator, Research Ethics in Schizophrenia, NIMH Grant #2 R01 MH58898-06 (Will Carpenter, MD, Principal Investigator), subcontract $119,156. |
| 2008-2010 | Co-Investigator, Capacity to Appoint a Proxy for Dementia Research, NIMH Grant #R01 MH075023 (Scott Kim, MD, PhD, Principal Investigator), subcontract $48,933. |
| 2008-2010 | Co-Investigator, Examining Ethical Issues in Research on Deep Brain Stimulation, Greenwall Foundation, (Laura Dunn, MD, Principal Investigator), subcontract $10,980. |
| 2009-2011 | Co-Investigator, Modifiable Risk and Protective Factors for Suicidal Behaviors in the US Army, NIMH Grant #1U01 MH087981-01 (Robert Ursano, MD, Principal Investigator), 10% FTE |
| 2006-2011 | Co-Investigator and Site PI, An Observational Description Study of IRB Practices, NCI Grant #1R01CA107295 (Charles Lidz, PhD, Principal Investigator), subcontract $207,000. |

2007-2011 Co-Investigator, Proxy Decision-Making for Alzheimer Disease Research, NIA Grant # 1RO1AG027986 (Laura Dunn, MD, Principal Investigator). subcontract $79,250.

2008-2011 Co-Investigator, Ethical Issues in Surrogate Consent for Dementia, NIA Grant #RO1 AG029550 (Scott Kim, MD, PhD, Principal Investigator), subcontract $111,333.

2009-2012 Co-Investigator, Capacity of Children and Teens to Decide About Cancer Trials, NCI Grant # 1 R21 CA134864-01A1 (Steven Joffe, MD, PhD, Principal Investigator), subcontract $62,632.

2009-2012 Co-Investigator, The Blurring of Treatment and Research in Clinical Trials: Two Problems, NINR Grant #1RC1 NR011612-01 (Chuck Lidz, PhD, Principal Investigator), subcontract $123,584

**Active Funding**

2006-2016 Co-Investigator and Director of Ethics Resource, Clinical and Translational Science Award, NIH Grant #1 UL1 TR000040 (Henry Ginsberg, MD, Principal Investigator), 7% FTE.

2008-2013 Co-Director of the Ethics and Policy Core, HIV Center for Clinical and Behavioral Studies. NIMH Grant # P30 MH43520 (Anke Ehrhardt, PhD, Principal Investigator). $1,587,706, 10% FTE (contributed).

2010-2013 Principal Investigator, Center for ELSI Research on Psychiatric, Neurologic, and Behavioral Genetics, NHGRI grant # 1P20HG005535-01, $150,000/yr.

2011-2013 Principal Investigator, Challenges of Informed Consent in Return of Data from Genomic Research, NHGRI grant # 1R21HG006596-01, $125,000/yr.

2011-2014 Co-Investigator, Impact of Return of Incidental Genetic Test Results to Research Participants, NHGRI grant #1 R01 HG006600-01 (Wendy Chung, MD, PhD & Jo Phelan, PhD, Co-Principal Investigators), $499,682/yr.

2011-2012 Co-Principal Investigator, Bioethics in the Northern Manhattan Center of Excellence in Minority Health and Health Disparities, NIMHD grant # (NOCEMHD)C3P60MD000206-09S2, (Jose Luchsinger, MD, MPH, PI), $200,000/yr.

2012-2017 Co-Investigator, Understanding Therapeutic Optimism and its Impact on Risk-Benefit Assessment NCI grant #1R01CA166556-01A1 (Lynn Jansen, PhD, PI), $15,804/yr.

**Departmental and University Committees**

*University of Pittsburgh School of Medicine*:

1983-1984 Mental Health Clinical Research Center Seed Monies Committee, Department of Psychiatry
1983-1984 Academic Promotions Committee, Department of Psychiatry

*Harvard Medical School*:

1984-1985 Committee on Governance, Department of Psychiatry
1984-1995 Working Group on Mental Health Policy, Division of Health Policy Research and Education
1994, 1995 Ad Hoc Committee on Professorial Appointment

*University of Massachusetts Medical School*:

1985-1986 Task Force on Medical Humanities
1986-1988 Task Force on the Impaired Student
1986-2005 Executive Committee, Department of Psychiatry
1991-1992 Ethicist Search Committee (Chair)
1992-1998 Chancellor's Advisory Committee
1992-2005 Executive Faculty Council (Secretary, 1995-1996; President 1997-99)
1993-1995 Pharmacology Chair Search Committee
1994-1995 Task Force on Multi-year Contracts (Chair)
1994-1995 Task Force on Tenure Policy
2003 Work Group on Composite Assessment of the Clinical Departments (Chair)
2004-2005 Search Committee for Neurology Chair

*University of Massachusetts Medical Center*

1985-1992 Treatment Issues Committee (Chair, Subcommittee on Consent, 1988; Vice-Chair, 1986-1988; Chair, 1989-1992)
1992-1998 Hospital Executive Committee
1992-1998 Group Practice Advisory Committee
1993-1998 Clinical Policies Committee
1995-1996 Task Force on the Role of the Clinical Chairs (Co-Chair)

*UMass Memorial Health Care*

1998-2001 Physician's Advisory Board
1998-2005 Leadership Council (prior to 2003, Clinical Chairs Council)
1998-1999 Group Practice Advisory Committee
1998-2005 UMass Memorial Behavioral Health System (President and Chairman of the Board)
1998-2001 Ethics and Treatment Issues Committee
1999-2003 Board of Directors, UMass Memorial Medical Group
2003-2005 Palliative Care Steering Committee
2004-2005 Finance Committee, UMass Memorial Medical Group

*Columbia University*

| | |
|---|---|
| 2006-2007 | Ethics Committee, Department of Psychiatry |
| 2006-2007 | Sachar Award Selection Committee, Department of Psychiatry |
| 2006- | Advisory Board, Center for the Study of Science and Religion |
| 2006-2007 | Geriatric Psychiatry Division Director Search Committee, Department of Psychiatry (Chair) |
| 2006- | Executive Committee, Clinical and Translational Research Award (CTSA), Columbia University Medical Center |
| 2007-2008 | Committee to Review Medical Student Teaching in Psychiatry, Department of Psychiatry (Chair) |
| 2007- | Committee on Conflicts of Interest Policy at the College of Physicians and Surgeons |
| 2007- | Ethics Advisory Board, Department of Psychiatry (Co-chair) |
| 2007-2008 | Residency Training Director Search Committee, Department of Psychiatry |
| 2007- | Member, Prevention, Control and Disparities Program, Columbia Cancer Center |
| 2008 | Committee to Review the Residency Training Curriculum, Department of Psychiatry (Chair) |
| 2008-2011 | Executive Advisory Committee, Department of Psychiatry |
| 2008 | Subcommittee on Consent and Privacy, Biobank Planning Committee (chair) |

**Teaching Experience and Responsibilities**

| | |
|---|---|
| 1971-1972 | Teaching assistant in biology, Columbia University |
| 1974 | Teaching assistant in neuropathology, Harvard Medical School |
| 1977-1979 | Clinical supervisor of medical students on psychiatry rotations, Harvard Medical School |
| 1978-1979 | Seminar leader and psychiatric consultant, Harvard Voluntary Defenders, Harvard Law School |
| 1979-1980 | Organizer and Director, Ethics Rounds, Massachusetts Mental Health Center |
| 1979-1980 | Supervisor of residents in legal psychiatry, Massachusetts Mental Health Center |
| 1980- | Lecturer at grand rounds, symposia, and seminars in the United States and Canada |
| 1980-1984 | Supervisor of and lecturer to medical students and residents on legal psychiatry rotations, Western Psychiatric Institute and Clinic |
| 1980-1981 | Organizer and lecturer, course on Introduction to Psychiatry, psychology and social work trainees, Family Therapy Clinic, Western Psychiatric Institute and Clinic |
| 1981-1984 | Supervisor of residents in psychotherapy, Western Psychiatric Institute and Clinic |
| 1982-1984 | Teacher and co-teacher, Mental Health Law, University of Pittsburgh School of Law |

| | |
|---|---|
| 1983-1984 | Co-teacher, Law and Medicine, University of Pittsburgh School of Law |
| 1985-2005 | Supervisor of residents in psychotherapy, University of Massachusetts Medical School |
| 1985-2005 | Lecturer on legal and ethical issues in the practice of psychiatry and medicine to medical students and residents, University of Massachusetts Medical School |
| 1988-1989 | Lecturer, Law and Psychiatry (seminar for faculty); The Concept of Mental Competence in Law (seminars for faculty and students), Georgetown University Law Center |
| 1993-2005 | Small group leader, Mind, Brain, Behavior II Course, University of Massachusetts Medical School |
| 1996 | Co-organizer and lecturer, Law & Medicine (elective course for medical students), University of Massachusetts Medical School. |
| 2004-2005 | Lecturer on Suicide, Mind, Brain, Behavior II Course, University of Massachusetts Medical School |
| 2006- | Seminar leader on law and psychiatry, Psychiatry Residency Training Program, Columbia University |
| 2006- | Supervisor, Forensic Psychiatry Fellowship Program, Columbia University |
| 2006-2009 | Seminar on Informed Consent, Columbia Law School |
| 2007- | Seminar on Mental Health Law, Columbia Law School |
| 2010- | Seminar on Genetics and Law, Columbia Law School |

**Other Professional Activities**

| | |
|---|---|
| 1978 | Task Force on Involuntary Medication, Massachusetts Department of Mental Health |
| 1978-1980 | Committee on Human Studies, Joslin Diabetes Foundation, Boston, MA |
| 1981-1983 | Advisory Board, Involuntary Civil Commitment Project, National Center for State Courts, Williamsburg, VA |
| 1981-1983 | Advisory Board, Patients' Rights Research Project, Human Interaction Research Institute, Los Angeles, CA |
| 1982-1987 | Commission on the Mentally Disabled, American Bar Association |
| 1982-1984 | Ethics/Human Rights Committee, Presbyterian-University Hospital, Pittsburgh, PA |
| 1984 | Forensic Subcommittee, Special Advisory Committee on Public Policy, United Mental Health of Western Pennsylvania, Pittsburgh, PA |
| 1984-1988 | National Task Force on Standards for Involuntary Civil Commitment, National Center for State Courts, Williamsburg, VA |
| 1984-1986 | Mental Health Law Committee, American Society of Law and Medicine (co-chairman) |
| 1985-1986 | Advisory Board, Legal Procedures for Handicapped Infant Care Project, American Bar Association |
| 1987-1996 | Research Network on Mental Health & the Law, John D. and Catherine T. MacArthur Foundation |
| 1987 | Participant, National Invitational Conference on the Future of Psychiatry |
| 1987-1990 | Advisory Committee to the American Academy of Forensic Sciences Committee on Ethics |

| | |
|---|---|
| 1989-1991 | Massachusetts House Committee on Physician/Therapist Sexual Misconduct, Subcommittee on Criminal/Civil Statutes |
| 1992-2005 | Board of Directors, Community HealthLink, Inc. (formerly Worcester Area Community Mental Health Center)(executive committee, 1992-2005) |
| 1992-1994 | Working Group on Guidelines for Maintenance of Boundaries in Psychotherapy, Massachusetts Board of Registration in Medicine |
| 1993-1994 | Ad Hoc Working Group for Mental Health and Criminal Justice Systems, Center for Mental Health Services, Substance Abuse and Mental Health Services Administration |
| 1994-2000 | Forensic Advisory Council, Massachusetts Department of Mental Health |
| 1995-1996 | Ethics Advisory Board, BRCA-1 Genetic Screening Project, Dana-Farber Cancer Center, Boston |
| 1995-1996 | Project on Human Research Ethics, Center for Bioethics, University of Pennsylvania |
| 1996-2004 | Research Advisory Committee, United States Secret Service |
| 2000-2005 | Ethics Committee, Clinical Antipsychotic Trials of Intervention Effectiveness (CATIE) (chair) |
| 2000-2010 | Research Network on Mandated Community Treatment, John D. and Catherine T. MacArthur Foundation |
| 2000 | Work Group on Informed Consent and Ethical Issues in Human Studies, National Institute of Mental Health |
| 2001-2004 | Board on Neuroscience and Behavioral Health, Institute of Medicine of the National Academy of Sciences |
| 2002-2005 | Advisory Board, TRIAD Project, National Alliance for the Mentally Ill |
| 2003 | Steering Committee on the Genetics of Addiction, Institute of Medicine |
| 2004-2005 | Committee on Crossing the Quality Chasm: Adaptation to Mental Health And Addictive Disorders, Institute of Medicine |
| 2004-2007 | Ethics Advisory Board, Treatment Units for Research on Neurocognition in Schizophrenia (TURNS) Program (chair) |
| 2006- | Advisory Board, National Resource Center on Psychiatric Advance Directives |
| 2006-2009 | Subcommittee on Research Involving Individuals with Impaired Decision-Making Capacity, Secretary's Advisory Committee on Human Research Protections (SACHRP), U.S. Department of Health and Human Services |
| 2007 | Roundtable on Student Mental Health and the Law, Jed Foundation (chair) |
| 2007-2009 | Scientific Advisory Panel, Assisted Outpatient Treatment Study, NY State Office of Mental Health |
| 2007-2009 | Committee on Health Research and the Privacy of Health Information: the HIPAA Privacy Rule, Institute of Medicine |
| 2007- | Clinical Research Ethics Key Function Committee, Clinical and Translational Science Award (CTSA) Consortium, NIH (chair, 2007-2009) |
| 2007-2012 | Advisory Board, Scattergood Program in Applied Ethics of Psychiatry and Behavioral Health, University of Pennsylvania |
| 2008 | Planning Committee for a Conference on Military Medical Ethics, Institute of Medicine |

| | |
|---|---|
| 2008-2011 | Consultant, Committee on the Development of the 3rd Edition of the Reference Manual on Scientific Evidence, Federal Judicial Center/National Academy of Sciences |
| 2008- | Scientific Council, National Alliance on Mental Illness |
| 2008- | Standing Committee on Ethics, World Psychiatric Association |
| 2008- | Advisory Committee, Voting and Cognitive Impairments Project, American Bar Association |
| 2009- | Honorary Advisor, Chinese Dementia Research Association |
| 2010- | Board member, Israel Healthcare Foundation |
| 2010- | Board of Advisors, Saks Institute for Mental Health Law, Policy and Ethics, University of Southern California |
| 2012- | G2I Committee on Neuroscience and the Criminal Law, Research Network on Law and Neuroscience, John D. and Catherine T. MacArthur Foundation |

Grant Reviewer:

National Institute of Mental Health (ad hoc, including NIH Challenge Grants in Health and Science Research; Special Emphasis Panel on ELSI Genetics; member, College of Reviewers, Center for Scientific Review); National Science Foundation; Social Sciences and Humanities Research Council (Canada); Wellcome Trust (UK); Netherlands Organization for Scientific Research; Alzheimer's Association; Dana Foundation; Institute of Neurosciences, Mental Health and Addiction, Canadian Institutes of Health Research; National Institute of Health Research (UK); Netherlands Organization for Health Research and Development; John D. and Catherine T. MacArthur Foundation; Policy Research Program, Department of Health (UK).

Journal Referee:

American Journal of Psychiatry; Psychiatric Services (formerly Hospital and Community Psychiatry); Journal (formerly Bulletin) of the American Academy of Psychiatry and the Law; International Journal of Law and Psychiatry; Law and Human Behavior; Law and Society Review; General Hospital Psychiatry; Journal of Nervous and Mental Diseases; Journal of the American Medical Association; New England Journal of Medicine; Psychosomatics; Journal of Health Policy, Politics and Law; American Psychologist; Archives of General Psychiatry; Psychiatry; Qualitative Sociology; Journal of Intensive Care Medicine; Hastings Center Report; Journal of Clinical Medical Ethics; Behavioral Sciences & The Law; American Journal of Geriatric Psychiatry; Milbank Quarterly; Schizophrenia Bulletin; Journal of Clinical Psychiatry; Medical Principles and Practice; International Journal of Psychiatry in Medicine; Southern Medical Journal; Archives of Internal Medicine; Academic Psychiatry; Epidemiology; Psychology, Public Policy and Law; Journal of Practical Psychiatry & Behavioral Health; Journal of Law, Medicine & Ethics; Philosophy, Psychiatry and Psychology; Biological Psychiatry; Psychosomatic Medicine; Journal of the American Academy of Dermatology; Journal of Public Health Policy; Israel Journal of Psychiatry; Neuropsychopharmacology; Journal of Clinical Oncology; Journal of Forensic Psychiatry; Journal of Forensic Psychology Practice; Kennedy Institute of Ethics Journal; International Journal of Neuropsychopharmacology;

American Journal of Public Health; Lancet; Journal of Traumatic Stress; Health Affairs; Medical Anthropology Quarterly; Journal of Clinical Psychiatry; Theoretical Medicine & Bioethics; Journal of Affective Disorders; Behavior Research and Therapy; International Journal of Forensic Mental Health; Journal of Neuropsychiatry and Clinical Neuroscience; BioMed Central: Public Health; Harvard Review of Psychiatry; Community Mental Health Journal; BioMed Central: Psychiatry; Canadian Journal of Psychiatry; Administration and Policy in Mental Health and Mental Health Services Research; European Journal of Psychiatry; Journal of Social and Clinical Psychology; American Journal of Bioethics; BioMed Central: Medical Ethics; Psychological Medicine; Psychological Reports; Accountability in Research; Journal of the International Neuropsychological Society; Neurology; Journal of Child Psychopharmacology; Current Psychiatry; Social Psychiatry and Psychiatric Epidemiology; Journal of the American Geriatrics Society; European Journal of Cognitive Psychology; International Psychogeriatrics; Acta Psychiatrica Scandinavica; IRB: Ethics & Human Research; Journal of Clinical Psychology; Jurimetrics; International Journal of Methods in Psychiatric Research; American Journal of Bioethics: Primary Research; Journal of Ethics in Mental Health; Bioethics; Expert Review of Neurotherapeutics; Journal of the American Medical Directors Association; Journal of Bioethical Inquiry; CNS Drugs; Contemporary Clinical Trials; Bipolar Disorder; Health Care Analysis (UK); Journal of Mental Health (UK); Schizophrenia Research; Health Psychology Review; Science Translational Medicine; Journal of Medical Ethics.

Editorial Boards:

| | |
|---|---|
| 1981- | Contributing Editor (Law and Psychiatry), Psychiatric Services (prior to 1995, Hospital and Community Psychiatry) |
| 1982-1986 | Editorial Board, Contemporary Psychiatry |
| 1982-1987 | Editorial Advisory Board, Mental and Physical Disability Law Reporter (chairman, 1982-1987) |
| 1983-1992 | Editorial Board, Law, Medicine and Health Care |
| 1983-1990 | Associate Editor, Bulletin of the American Academy of Psychiatry and the Law |
| 1984-1994 | Editorial Board, International Journal of Law and Psychiatry |
| 1984- | Editorial Advisory Board, Law and Human Behavior |
| 1986-1993 | Editorial Advisory Board, Law and Mental Health Professionals series, American Psychological Association |
| 1989-1994 | Editorial Board, Criminal Behavior and Mental Health |
| 1990-1994 | Associate Editor, American Journal of Psychiatry |
| 1993-1996 | Editorial Advisory Board, Clinical Psychiatry News |
| 1993- | Editorial Advisory Board, Psychiatry |
| 1995- | Consulting Editor, Ethics and Behavior |
| 1995-2006 | Editorial Board, Behavioral Sciences and the Law |
| 1999- | Editorial Board, Journal of Forensic Psychiatry and Psychology (UK) |
| 2005- | Editorial Board, Schizophrenia Bulletin |
| 2004- | International Editorial Board, Journal of Ethics in Mental Health |
| 2005- | Advisory Board, International Review of Psychiatry |
| 2005- | Editorial Board, BioMed Central: Psychiatry |

2008- Editorial Board, Psychiatry, Psychology and Law (Australia/NZ)
2010- Editorial Board, American Journal of Bioethics—Primary Research
2010- International Editorial Board, Brazilian Journal of Psychiatry
2012- Editorial Board, Peer J

**Bibliography**

PEER REVIEWED ARTICLES:


**1977**

1. Shader RI, Jackson AH, Harmatz JS, Appelbaum PS: Patterns of violent behavior among schizophrenic inpatients. Diseases of the Nervous System 1977; 38:13-16

**1979**

2. *Appelbaum PS, Vasile RG, Orsulak PJ, Schildkraut JJ: Clinical utility of tricyclic antidepressant blood levels: a case report. American Journal of Psychiatry 1979; 136:339-341

3. *Appelbaum PS, Shader RI, Funkenstein HH, Hanson MA: Difficulties in the clinical diagnosis of lithium toxicity. American Journal of Psychiatry 1979; 136:1212-1213

4. *Appelbaum PS, Gutheil TG: Rotting with their rights on: constitutional theory and clinical reality in drug refusal by psychiatric patients. Bulletin of the American Academy of Psychiatry and the Law 1979; 7:308-317

**1980**

5. *Appelbaum PS, Gutheil TG: Drug refusal: a study of psychiatric inpatients. American Journal of Psychiatry 1980; 137:340-346

6. *Appelbaum PS: The therapeutic adversary: resolving the impasse. Journal of Psychiatric Treatment and Evaluation 1980; 2(2):95-96

7. *Appelbaum PS, Gutheil TG: The Boston State Hospital case: "involuntary mind control," the constitution, and the right to rot. American Journal of Psychiatry 1980; 137:720-723

8. *Appelbaum PS, Bateman AL: Competency to consent to voluntary psychiatric hospitalization: a theoretical approach. Bulletin of the American Academy of Psychiatry and the Law 1980; 7:390-399

9. Gutheil TG, Appelbaum PS: Substituted judgment and the physician's ethical dilemma: with special reference to the problem of the psychiatric patient. Journal of Clinical Psychiatry 1980; 41:303-305

10. *Appelbaum PS: The legal psychiatry consultation service: a new service model for "forensic" psychiatry. Bulletin of the American Academy of Psychiatry and the Law 1980; 8:233-239

**1981**

11. *Appelbaum PS, Mirkin SA, Bateman AL: Empirical assessment of competency to consent to psychiatric hospitalization. American Journal of Psychiatry 1981; 138:1170-1176

12. *Appelbaum PS, Roth LH: Clinical issues in the assessment of competency. American Journal of Psychiatry 1981; 138:1462-1467

13. *Appelbaum PS, Reiser SJ: Ethics rounds: a model for teaching ethics in the psychiatric setting. Hospital & Community Psychiatry 1981; 32:555-560

**1982**

14. *Appelbaum PS, Roth LH: Competency to consent to research: a psychiatric overview. Archives of General Psychiatry 1982; 39:951-958. Reprinted as Les aspects psychiatriques du consentement valable en recherche, in Wachter M, Roy DJ, Doucet H, et al., (eds.): Cahiers de Bioethique, 4: Medicine et Experimentation. Quebec, Les Presses de L'Universite Laval, 1982. Excerpted in Reisner R, Slobogin C. (1990) Law and the Mental Health System: Civil and Criminal Aspects, 2nd edition, West Publishing, St. Paul, MN.

15. *Appelbaum PS, Hamm R: Decision to seek commitment: psychiatric decision making in a legal context. Archives of General Psychiatry 1982; 39:555-560

16. Roth LH, Appelbaum PS, Sallee R, Reynolds C, Huber G: The dilemma of denial in the assessment of competency to refuse treatment. American Journal of Psychiatry 1982; 139:910-913

17. *Appelbaum PS, Kemp KN: The evolution of commitment law in the nineteenth century: a reinterpretation. Law and Human Behavior 1982; 6:343-354

18. Huber G, Roth LH, Appelbaum PS, Ore T: Hospitalization, arrest or discharge: important clinical and legal issues in the emergency evaluation of persons believed dangerous to others. Law and Contemporary Problems 1982; 45:501-525

19. *Appelbaum PS, Gutheil TG: Clinical aspects of treatment refusal. Comprehensive Psychiatry 1982; 23:560-566

20. *Appelbaum PS, Roth LH, Lidz C: The therapeutic misconception: informed consent in psychiatric research. International Journal of Law and Psychiatry 1982; 5:319-329

**1983**

21. *Appelbaum PS, Jackson AH, Shader RI: Psychiatrists' responses to violence: pharmacologic management of psychiatric inpatients. American Journal of Psychiatry 1983; 140:301-304. Letter and reply. American Journal of Psychiatry 1983; 140:1274-1275

22. McEvoy JP, Hatcher A, Appelbaum PS, Abernathy V: Chronic schizophrenic women's attitudes toward sex, pregnancy, birth control and childbearing. Hospital & Community Psychiatry 1983; 34:536-539

23. Schmid D, Appelbaum PS, Roth LH, Lidz C: Confidentiality in psychiatry: a study of the patient's view. Hospital & Community Psychiatry 1983; 34:353-355

24. Gutheil TG, Appelbaum PS: Substituted judgment: best interests in disguise. Hastings Center Report 1983; 13(3):8-11

25. *Appelbaum PS, Kapoor W: Imipramine-induced vasospasm. American Journal of Psychiatry 1983; 140:913-915

26. Gutheil TG, Appelbaum PS, Wexler DB: The inappropriateness of "least restrictive alternative" analysis for involuntary procedures with the institutionalized mentally ill. Journal of Psychiatry & Law 1983; 11:7-17

27. Gutheil TG, Appelbaum PS: "Mind control," "synthetic sanity," "artificial competence," and genuine confusion: legally-relevant effects of antipsychotic medication. Hofstra Law Review 1983; 9:77-120

28. *Appelbaum PS, Roth LH: The structure of informed consent in psychiatric research. Behavioral Sciences and the Law 1983; 1(4):9-19

**1984**

29. *Appelbaum PS, Roth LH: Patients who refuse treatment in medical hospitals. Journal of the American Medical Association 1983; 250:1296-1301. Letter and reply. Journal of the American Medical Association 1984; 251:2514-2515. Translated and reprinted in Journal of the American Medical Association's Japanese Edition, No. 54, May 5, 1984; Edition Francaise 1984; 9(#78):85-96; Flemish Edition No. 31 (1984) 31-41

30. *Appelbaum PS, Roth LH: Involuntary treatment in medicine and psychiatry. American Journal of Psychiatry 1984; 141:202-205

31. *Appelbaum PS: The Supreme Court looks at psychiatry. American Journal of Psychiatry 1984; 141:827-835

32. Schwartz HI, Appelbaum PS, Kaplan RD: Clinical judgments in the decision to commit: psychiatric discretion and the law. Archives of General Psychiatry 1984; 41:811-815

33. *Appelbaum PS: Hypotheticals, psychiatric testimony, and the death sentence. Bulletin of the American Academy of Psychiatry and the Law 1984; 12:169-177

34. *Appelbaum PS, Kapen G, Walters B, Lidz C, Roth LH: Confidentiality: an empirical test of the utilitarian perspective. Bulletin of the American Academy of Psychiatry and the Law 1984; 12:109-116

35. *Appelbaum PS: Informed consent, in Weisstub D (ed.): Law and Mental Health: International Perspectives. Pergamon Press, New York, NY. 1984; 1:45-83

36. *Appelbaum PS: Psychiatric ethics in the courtroom. Bulletin of the American Academy of Psychiatry and the Law 1984; 12:225-231

37. *Appelbaum PS: Is the need for treatment constitutionally acceptable as a basis for civil commitment? Law, Medicine, and Health Care 1984; 12:144-149

38. *Appelbaum PS: Hospitalization of the dangerous patient: legal pressures and clinical responses. Bulletin of the American Academy of Psychiatry and the Law 1984; 12:323-329

39. *Appelbaum PS, Roth LH, Detre T: Researchers' access to inpatient records: an analysis of the ethical problems. Clinical Research 1984; 32:399-403

40. *Appelbaum PS: Standards for civil commitment: a critical review of empirical research. International Journal of Law and Psychiatry 1984; 7:133-144

41. *Appelbaum PS: Confidentiality in the forensic evaluation. International Journal of Law and Psychiatry 1984; 7:67-82

**1985**

42. *Appelbaum PS: Tarasoff and the clinician: problems in fulfilling the duty to protect. American Journal of Psychiatry 1985; 142:425-429

43. Pleak R, Appelbaum PS: The clinician's role in protecting patients' rights in guardianship proceedings. Hospital & Community Psychiatry 1985; 36:77-79

44. Gutheil TG, Appelbaum PS: The substituted judgment approach: its difficulties and paradoxes in the mental health setting. Law, Medicine, and Health Care 1985; 13:61-64

45. *Appelbaum PS, Schaffner K, Meisel A: Responsibility and compensation for tardive dyskinesia. American Journal of Psychiatry 1985; 142:806-810

46. *Griffith JM, Miewald BK, Appelbaum PS: The chronic child patient: ensuring continuity of care. American Journal of Orthopsychiatry 1985; 55:434-438

47. *Appelbaum PS: Empirical assessment of innovation in the law of civil commitment: a critique. Law, Medicine and Health Care 1985; 13:304-309

**1986**

48. *Appelbaum PS, Meisel A: Therapists' obligations to report their patients' criminal acts. Bulletin of the American Academy of Psychiatry and the Law 1986; 14:221-230

49. *Appelbaum PS, Hoge SK: The right to refuse treatment: what the research reveals. Behavioral Sciences and the Law 1986; 4:279-292

**1987**

50. *Appelbaum PS, Roth LH, Lidz CW, Benson P, Winslade W: False hopes and best data: Consent to research and the therapeutic misconception. Hastings Center Report 1987;

17(2):20-24; Letter and reply 17(6):41-42. Reprinted in Mappes TA, Zembaty JS (1991): Biomedical Ethics, 3rd ed., McGraw-Hill, New York, NY; in Bulger RE, Heitman E, and Reiser S (eds 1993): The Ethical Dimensions of the Biological Sciences. Cambridge University Press, New York, NY; in Arras JD, Crouch RA, Emanuel EJ, Grady C, Moreno JD (eds 2003, and 2nd ed., in press): Ethical and Regulatory Aspects of Human Subjects Research. Johns Hopkins University Press, Baltimore, MD; in Pimple KD (ed. 2008): Research Ethics. Ashgate Publishing, Aldershot, UK; and in Miller FG, Kaptchuk TJ, Colloca L, Crouch RA (eds, in press): Pursuing the Placebo: Landmark Studies. Johns Hopkins University Press, Baltimore, MD. Excerpted in Coleman CH, Dubler NN, Goldner JA, Menikoff JA (eds. 2005): The Ethics and Regulation of Research with Human Subjects. Matthew Bender & Co., Newark, NJ.

51. *Appelbaum PS: In the wake of Ake: the ethics of expert testimony in an advocate's world. Bulletin of the American Academy of Psychiatry and the Law 1987; 15:15-25

**1988**

52. Roth LH, Appelbaum PS, Lidz CW, Benson P, Winslade WJ: Informed consent in psychiatric research. Rutgers Law Review 1987; 39:425-441. Reprinted in Personal Injury Review (1988) Matthew Bender, New York, NY

53. *Appelbaum PS: The right to refuse treatment with antipsychotic medications: retrospect and prospect. American Journal of Psychiatry 1988; 145:413-419. Excerpted in Miller SF, Fontaine KL, Cook JS: Essentials of Mental Health Nursing. Lexington, MA, Addison-Wesley, 1991.

54. *Appelbaum PS: The new preventive detention: psychiatry's problematic responsibility for the control of violence. American Journal of Psychiatry 1988; 145:779-785

55. *Appelbaum PS: The empirical jurisprudence of the U.S. Supreme Court. American Journal of Law & Medicine 1988; 13:335-349

56. Benson PR, Roth LH, Appelbaum PS, Lidz CW, Winslade WJ: Information disclosure, subject understanding, and informed consent in psychiatric research. Law & Human Behavior 1988; 12:455-475

57. *Appelbaum PS, Roth LH: Assessing the National Center for State Courts' Guidelines for Involuntary Civil Commitment from the clinician's point of view. Hospital & Community Psychiatry 1988; 39:406-410

58. Lidz CW, Appelbaum PS, Meisel A: Two models of implementing informed consent. Archives of Internal Medicine 1988; 148:1385-1389. Reprinted in Mappes T, Zembafy J (eds. 1991): Biomedical Ethics, 3rd ed. McGraw-Hill, New York, NY; and in Campion F (ed. 1990): Grand Rounds on Medical Malpractice. American Medical Association, Milwaukee, WI. Translated and reprinted as Dos modelos para la aplicacion del consentimiento informado, in Conceiro A (ed. 1999): Bioethica Para Clinicos. Editorial Triacastela, Madrid, Spain.

59. Hoge SK, Sachs G, Appelbaum PS, Greer A, Gordon C: Limitations on psychiatrists' discretionary civil commitment authority by the Stone and dangerousness criteria. Archives of General Psychiatry 1988; 45:764-769

60. *Appelbaum PS, Grisso T: Assessing patients' capacities to consent to treatment. New England Journal of Medicine 1988; 319:1635-1638

**1989**

61. Hoge SK, Appelbaum PS, Greer A: An empirical comparison of the Stone and dangerousness criteria for civil commitment. American Journal of Psychiatry 1989; 146:170-175

62. McEvoy J, Apperson LJ, Appelbaum PS, Ortlip P, Brecosky J, Hammill K, Geller JL, Roth LH: Insight in schizophrenia: its relationship to acute psychopathology. Journal of Nervous & Mental Disease 1989; 177:43-47

63. McEvoy JP, Appelbaum PS, Apperson LJ, Geller JL, Freter S: Why must some schizophrenic patients be involuntarily committed? The role of insight. Comprehensive Psychiatry 1989; 30:13-17

64. Lidz CW, Mulvey EP, Appelbaum PS, Cleveland S: Commitment: the consistency of clinicians and the use of legal standards. American Journal of Psychiatry 1989; 146:176-181

65. McEvoy JP, Freter S, Everett G, Geller JL, Appelbaum PS, Apperson LJ, Roth LH: Insight and the clinical outcome of schizophrenic patients. Journal of Nervous & Mental Disease 1989; 177:48-51

66. *Appelbaum PS, Rosenbaum A: Tarasoff and the researcher: does the duty to protect apply in the research setting? American Psychologist 1989; 44:885-894. Reprinted in Jensen RE (ed. 1992): Standards and Ethics in Clinical Psychology. Lanham, MD, University Press of America; and in Mindell JA (ed. 1993): Issues in Clinical Psychology. Brown & Benchmark, Dubuque, Iowa. Excerpted in Bersoff DN: Ethical Conflicts in Psychology. American Psychological Association, Washington, DC, 1995, and 2nd edition, 1999.

67. Cleveland S, Mulvey EP, Appelbaum PS, Lidz CW: Do dangerousness-oriented commitment laws restrict hospitalization of patients who need treatment? A test. Hospital & Community Psychiatry 1989; 40:266-271. Letter and response, 1989; 40:964-965

68. *Appelbaum PS, Zonana H, Bonnie R, Roth LH: Statutory approaches to limiting psychiatrists' liability for their patients' violent acts. American Journal of Psychiatry 1989; 146:821-828

**1990**

69. *Appelbaum PS: The parable of the forensic psychiatrist: ethics and the problem of doing harm. International Journal of Law and Psychiatry 1990; 13:249-259. Reprinted in Levine ML (ed. 2009): Mental Illness, Medicine, and Law. Aldershot (UK), Ashgate Publishing.

70. Cassens G, Inglis AK, Appelbaum PS, Gutheil TG: Neuroleptics: effects on neuropsychological function in chronic schizophrenics. Schizophrenia Bulletin 1990; 16:477-499

71. Hoge SK, Appelbaum PS, Lawlor T, Beck JC, Litman R, Greer A, Gutheil TG, Kaplan E: A prospective, multi-center study of patients' refusal of antipsychotic medication. Archives of General Psychiatry 1990; 47:949-956

**1991**

72. Grisso T, Appelbaum PS: Mentally ill and non-mentally ill patients' abilities to understand informed consent disclosures for medication: preliminary data. Law and Human Behavior 1991; 15:377-388

73. *Appelbaum KL, Appelbaum PS: A model hospital policy on prosecuting patients for presumptively criminal acts. Hospital & Community Psychiatry 1991; 42:1233-1237

74. *Appelbaum PS, Jorgenson L: Psychotherapist-patient sexual contact after termination of treatment: an analysis and a proposal. American Journal of Psychiatry 148:1466-1473, 1991. Letters and reply 1992; 149(7):979-989. Reprinted in Mindell JA (ed. 1993): Issues in Clinical Psychology. Brown & Benchmark, Dubuque, IA; and in Levine ML (ed. 2009): Mental Illness, Medicine, and Law. Aldershot (UK), Ashgate Publishing.

**1992**

75. *Appelbaum PS: Civil commitment from a systems perspective. Law and Human Behavior 1992; 16:61-74. Reprinted in Levine ML (ed. 2009): Mental Illness, Medicine, and Law. Aldershot (UK), Ashgate Publishing.

76. *Appelbaum PS, Schwartz WF: Minimizing the social cost of choosing treatment for the involuntarily hospitalized mentally ill patient: a new approach to defining the patient's role. Connecticut Law Review 1992; 24:433-485

77. Grisso T, Appelbaum PS: Is it unethical to offer predictions of future violence? Law and Human Behavior 1992; 16(6):621-633. Excerpted in Bersoff DN (ed. 1995): Ethical Conflicts in Psychology. American Psychological Association, Washington, DC. Reprinted in Edwards RB (ed. 1997): Ethics of Psychiatry: Insanity, Rational Autonomy and Mental Health Care. Prometheus Books, Amherst, NY

78. *Appelbaum PS: Forensic psychiatry: the need for self-regulation. Bulletin of the American Academy of Psychiatry and the Law 1992; 20:153-162

79. Rudegeair TJ, Appelbaum PS: On the duty to protect: an evolutionary perspective. Bulletin of the American Academy of Psychiatry and the Law 1992; 20:419-426

80. *Appelbaum PS: Legal aspects of clinical care for severely mentally ill, homeless persons. Bulletin of the American Academy of Psychiatry and the Law 1992; 20:455-473

81. *Council on Psychiatry and Law, American Psychiatric Association (Paul S. Appelbaum, chair and principal author): Peer review of psychiatric expert testimony. Bulletin of the American Academy of Psychiatry and the Law 1992; 20:343-352

**1993**

82. *Appelbaum PS, Jick RZ, Grisso T, Givelber D, Silver E, Steadman H: Use of posttraumatic stress disorder to support an insanity defense. American Journal of Psychiatry 1993; 150:229-234. Letter and reply 1994; 151:152-153

83. *Appelbaum PS: Legal liability and managed care. American Psychologist 1993; 48:251-257. Excerpted in Bersoff DN (ed.): Ethical Conflicts in Psychology. Washington, DC, American Psychological Association, 1995; 2nd edition, 1999; and 3rd edition, 2003.

84. Monahan J, Appelbaum PS, Mulvey EP, Robins PC, Lidz CW: Ethical and legal duties in conducting research on violence: lessons from the MacArthur Risk Assessment Study. Violence and Victims 1993; 8:387-396

**1994**

85. *Appelbaum PS, Appelbaum BC, Soderlund DL, Greer A: Economic impact of outpatient psychiatric services in a university medical center. Hospital & Community Psychiatry 1994; 45:376-378

86. *Appelbaum PS, Jorgenson LM, Sutherland PK: Sexual relationships between physicians and patients. Archives of Internal Medicine 1994; 154:2561-2565

87. Appelbaum K, Appelbaum PS: Criminal justice related competencies in defendants with mental retardation. Journal of Psychiatry & Law 1994; 22:483-503

**1995**

88. *Appelbaum PS, Grisso T: The MacArthur Treatment Competence Study, I: mental illness and competence to consent to treatment. Law and Human Behavior 1995; 19: 105-126; reprinted in Roesch R, McLachlan K (eds. 2007). Clinical Forensic Psychology and Law. Ashgate Publishers, Hampshire, UK.

89. Grisso T, Appelbaum PS, Mulvey E, Fletcher K: The MacArthur Treatment Competence Study, II: measures of abilities related to competence to consent to treatment. Law and Human Behavior 1995; 19:127-148

90. Grisso T, Appelbaum PS: The MacArthur Treatment Competence Study, III: abilities of patients to consent to psychiatric and medical treatments. Law and Human Behavior 1995; 19: 149-174; reprinted in Peay J (ed.): Seminal Issues in Mental Health Law. Aldershot (UK), Ashgate Publishing (2005)

91. Grisso T, Appelbaum PS: Comparison of standards for assessing patients' capacities to make treatment decisions. American Journal of Psychiatry 1995; 152:1033-1037

92. *Appelbaum PS: Consent and coercion: research with the involuntarily treated person with mental illness or substance abuse. Accountability in Research 1995; 4:69-79

93. Hundert EM, Appelbaum PS: Boundaries in psychotherapy: model guidelines. Psychiatry: Interpersonal and Biological Processes. 1995; 58:345-356

94. Commons, ML, Lee P, Gutheil TG, Goldman M, Rubin E, Appelbaum PS: Moral stage of reasoning & the misperceived "duty" to report past crimes (misprision). International Journal of Law and Psychiatry 1995; 18:415-424

95. *Appelbaum PS, Jick RZ: Psychotherapists' duties to third parties: Ramona and beyond. American Journal of Psychiatry 1995; 153:457-465

**1996**

96. *Appelbaum PS: Drug-free research in schizophrenia: an overview of the controversy. IRB: A Review of Human Subjects Research 1996; 18(1):1-5. Letter and reply. 1996; 18(5):8-10. Reprinted in Arras J, Steinbock B (eds. 1998): Ethical Issues in Modern Medicine, 5th ed. Mayfield Publishing, Mountain View, CA, in Steinbock B, Arras JD, London AJ (eds. 2002): Ethical Issues in Modern Medicine, 6th ed. McGraw Hill, , New York, NY; and in Arras JD, Crouch RA, Emanuel EJ, Grady C, Moreno JD (eds 2003, and 2nd ed., in press): Ethical and Regulatory Aspects of Human Subjects Research. Johns Hopkins University Press, Baltimore, MD.

97. *Appelbaum PS: Patients' competence to consent to neurobiological research. Accountability in Research 1996; 4:241-251. Reprinted in Shamoo AE (ed. 1997): Ethics in Neurobiological Research with Human Subjects: The Baltimore Conference on Ethics. Gordon and Breach, Amsterdam

98. Berg JW, Appelbaum PS, Grisso T: Constructing competence: formulating standards of legal competence to make medical decisions. Rutgers Law Review 1996; 48:345-396

99. Anfang SA, Appelbaum PS: Twenty years after Tarasoff: reviewing the duty to protect. Harvard Review of Psychiatry 1996; 4:67-76

**1997**

100. *Appelbaum PS, Grisso T: Capacities of hospitalized, medically ill patients to consent to treatment. Psychosomatics. 1997; 38:119-125

101. *Appelbaum PS: Almost a revolution: an international perspective on the law of involuntary commitment. Journal of the American Academy of Psychiatry and Law 1997; 25:135-148. Translated into Russian and reprinted in Sociolnaya E Klinicheskaya Psichiatria (Social and Clinical Psychiatry) 1999; 9:49-56

102. *Appelbaum PS: A theory of ethics for forensic psychiatry. Journal of the American Academy of Psychiatry and Law. 1997; 25:233-247

103. Grisso T, Appelbaum PS, Hill-Fotouhi C: The MacCAT-T: A clinical tool to assess patients' capacities to make treatment decisions. Psychiatric Services 1997; 48:1415-1419. Translated and reprinted in Psychiatric Services Edizione Italiana 1998; 2(1):26-31

**1998**

104. Steadman HJ, Mulvey EP, Monahan J, Robbins PC, Appelbaum PS, Grisso T, Roth LH, Silver E: Violence by people discharged from acute psychiatric inpatient facilities and by others in the same neighborhoods. Archives of General Psychiatry 1998; 55:393-401. Letter and response. 1999; 56:193-194

105. *Appelbaum PS, Rumpf T: Civil commitment of the anorexic patient. General Hospital Psychiatry 1998; 20:225-230

106. Appelbaum B, *Appelbaum PS, Grisso T: Competence to consent to voluntary hospitalization: a test of a standard proposed by APA. Psychiatric Services 1998; 49:1193-1196

107. Moreno J, Caplan AL, Wolpe PR and the members of the Project on Informed Consent, Human Research Ethics Group: Updating protections for human subjects involved in research. Journal of the American Medical Association 1998; 280:1951-1958

**1999**

108. *Appelbaum PS, Grisso T, Frank E, O'Donnell S, Kupfer D: Competence of depressed patients for consent to research. American Journal of Psychiatry 1999; 156:1380-1384

109. Frank L, Smyer M, Grisso T, Appelbaum PS: Measurement of advance directive and medical treatment decisionmaking capacity of older adults. Journal of Mental Health & Aging 1999; 5:257-274

110. *Appelbaum PS, Robbins PC, Roth LH: A dimensional approach to delusions: comparisons across delusion types and diagnoses. American Journal of Psychiatry 1999; 156:1938-1943

**2000**

111. Steadman HJ, Monahan J, Silver E, Appelbaum PS, Robbins PC, Mulvey EP, Grisso T, Roth LH, Banks S: A classification tree approach to the development of actuarial violence risk assessment tools. Law and Human Behavior 2000; 24:83-100

112. Monahan J, Steadman HJ, Appelbaum PS, Robbins PC, Mulvey EP, Silver E, Roth LH, Grisso T: Developing a clinically useful actuarial tool for assessing violence risk: results from the MacArthur Violence Risk Assessment Study. British Journal of Psychiatry 2000 ; 176 :312-319

113. Carpenter WT, Gold JM, Lahti AC, Queern CA, Conley RR, Bartko JJ, Kovnick J, Appelbaum PS: Decisional capacity for informed consent in schizophrenia research. Archives of General Psychiatry 2000; 57:533-538

114. *Appelbaum PS, Robbins PC, Monahan J: Violence and delusions: data from the MacArthur Violence Risk Assessment Study. American Journal of Psychiatry 2000; 157:566-572

115. Grisso T, Davis J, Vesselinov R, Appelbaum PS, Monahan J: Violent thoughts and violent behavior following hospitalization for mental disorder. Journal of Consulting & Clinical Psychology 2000; 68:388-398

116. Pinals D, *Appelbaum PS: The history and current status of competence and informed consent in psychiatric research. Israel Journal of Psychiatry. 2000; 37:82-94

117. Wisner K, Zarin D, Holmboe E, Appelbaum PS, Gelenberg AJ, Leonard H, Frank E: Risk-benefit decision making for treatment of depression during pregnancy. American Journal of Psychiatry 2000; 157:1933-1940

**2001**

118. *Appelbaum PS: Thinking carefully about outpatient commitment. Psychiatric Services 2001; 52:347-350. Letters and response, 2001; 52:1103-1104

119. Heinssen RK, Fenton WS, Perkins DO, Appelbaum PS: Informed consent in early psychosis research: NIMH workshop, November 15, 2000. Schizophrenia Bulletin 2001; 27:571-584

120. Monahan J, Bonnie R, Appelbaum PS, Hyde P, Steadman H, Swartz M: Mandated community treatment: beyond outpatient commitment. Psychiatric Services 2001; 52:1198-1205. Reprinted in Developments in Mental Health Law 2002; 21(1):1-18

**2002**

121. Thomsen Hall K, Appelbaum PS: The origins of commitment for substance abuse in the United States. Journal of the American Academy of Psychiatry and the Law 2002; 30:33-45

122. Palmer BW, Nayak GV, Dunn LB, Appelbaum PS, Jeste DV: Treatment-related decision making capacity in middle-aged and older patients with psychosis: a preliminary study using the MacCAT-T and HCAT. American Journal of Geriatric Psychiatry. 2002; 10:207-211

123. *Appelbaum PS: Privacy in psychiatric treatment: threats and responses. American Journal of Psychiatry 2002; 159:1809-1818. Letter and response. 2004; 161:583. Reprinted in Focus: The Journal of Lifelong Learning in Psychiatry 2003; 1:396-406; and in Levine ML (ed.): Mental Illness, Medicine, and Law. Aldershot (UK), Ashgate Publishing, 2009.

124. Moser DJ, Schultz SK, Arndt S, Benjamin ML, Fleming FW, Brems CS, Paulsen JS, Appelbaum PS, Andreasen NC: Capacity for research informed consent in schizophrenia and HIV. American Journal of Psychiatry 2002; 159:1201-1207

125. Lidz CW, Appelbaum PS: The therapeutic misconception: problems and solutions. Medical Care 2002; 40 (9, suppl.): V-55-V-63

126. Stroup S, Swartz M, Appelbaum PS: Concealed medicines for people with schizophrenia: a U.S. perspective. 2002; Schizophrenia Bulletin 28:537-542

**2003**

127. Carpenter W, Appelbaum PS, Levine R: The Declaration of Helsinki and clinical trials: a focus on placebo-controlled trials in schizophrenia. American Journal of Psychiatry 2003; 160:356-362

128. Pinals D, Appelbaum PS: Impact of the new legal framework for chemical restraints. Directions in Psychiatry 2003; 23:35-41

129. Stroup S, Appelbaum P: The subject advocate: protecting the interests of participants with fluctuating decisionmaking capacity. IRB: Ethics and Human Research 2003; 25(3):9-11

130. Lapid MI, Rummans TA, Poole KL, Pankratz VS, Maurer MS, Rasmussen KG, Philbrick KL, Appelbaum PS: Decisional capacity of severely depressed individuals requiring electroconvulsive therapy. Journal of Electroconvulsive Therapy 2003; 19:67-72

131. *Appelbaum PS: The "quiet" crisis in reimbursement and access for mental health services. Health Affairs 2003; 22(5):110-116. Letter and response. 2003; 22(6):281-283

132. Jeste D, Dunn L, Palmer BW, Saks E, Halpain M, Cook A, Appelbaum PS, Schneiderman L: A collaborative model for research on decisional capacity and informed consent in older patients with schizophrenia: bioethics units of a geriatric psychiatry intervention research center. Psychopharmacology 2003; 171:68-74

133. Kovnick J, Appelbaum PS, Hoge, SK, Leadbetter R: Competence to consent to research among long-stay inpatients with chronic schizophrenia. Psychiatric Services 2003; 54:1247-1252

**2004**

134. Palmer BW, Dunn LB, Appelbaum PS, Jeste DV: Correlates of treatment-related decision making capacity among middle-aged and older patients with schizophrenia. Archives of General Psychiatry 2004; 61:230-236

135. Lidz CW, Appelbaum PS, Grisso T, Renaud M: Therapeutic misconception and the appreciation of risks in clinical trials. Social Science and Medicine 2004; 58:1689-1697

136. Banks S, Robbins P, Silver E, Vesselinov R, Steadman H, Monahan J, Mulvey E, Appelbaum P, Grisso T, Roth L: A multiple models approach to violence risk assessment among people with mental disorder. Criminal Justice & Behavior 2004; 31:324-340

137. Kim SYH, Appelbaum PS, Jeste DV, Olin J: Proxy and surrogate consent in geriatric neuropsychiatric research: update and recommendations. American Journal of Psychiatry 2004; 161:797-806

138. Lapid MI, Rummans TA, Pankratz VS, Appelbaum PS: Decisional capacity of depressed elderly to consent to electroconvulsive therapy. J Geriatric Psychiatry Neurol 2004; 17:42-46

139. Srebnik D, Appelbaum PS, Russo J: Assessing competence to complete psychiatric advance directives with the Competency Assessment Tool for Psychiatric Advance Directives. Comprehensive Psychiatry 2004; 45:239-245

140. *Appelbaum PS, Robbins PC, Vesselinov R: Persistence and stability of delusions over time. Comprehensive Psychiatry 2004; 45:317-324

141. *Appelbaum PS, Lidz CW, Grisso T: Therapeutic misconception in clinical research: frequency and risk factors. IRB: Ethics and Human Research 2004; 26(2):1-8; correction and clarification, 2004; 26(5):18

142. Skeem J, Mulvey E, Appelbaum PS, Banks S, Grisso T, Silver E, Robbins PC: Identifying subtypes of civil psychiatric patients at high risk for violence. Criminal Justice and Behavior 2004; 31:392-437

143. Karlawish JH, Bonnie RJ, Appelbaum PS, Lyketsos C, James B, Kropman D, Patusky C, Kane RA, Karlan P: Addressing the ethical, legal, and social issues raised by voting by persons with dementia. JAMA 2004; 292:1345-1350

144. *Appelbaum PS: Ethical issues in psychiatric genetics. Journal of Psychiatric Practice 2004; 10:343-351

**2005**

145. Vermette H, Pinals DA, Appelbaum PS: Mental health training for law enforcement professionals. Journal of the Academy of Psychiatry and the Law 2005; 33:42-46

146. Monahan J, Redlich A, Swanson J, Robbins P, Appelbaum PS, Petrila J, Steadman H, Swartz M, Angell B, McNeil D: Use of leverage to improve adherence to psychiatric treatment in the community. Psychiatric Services 2005; 56:37-44

147. Palmer BW, Dunn LB, Appelbaum PS, Mudaliar S, Thal L, Henry R, Golshan S, Jeste DV: Assessment of capacity to consent to research among older persons with schizophrenia, Alzheimer disease, or diabetes mellitus: comparison of a 3-item questionnaire with a comprehensive standardized capacity instrument. Archives of General Psychiatry 2005; 62:726-733

148. Geller JL, Shore H, Grudzinskas AJ, Appelbaum PS: Against the grain: a reasoned argument for not closing a state hospital. Psychiatric Quarterly 2005; 76:177-194

149. Monahan J, Steadman HJ, Robbins PC, Appelbaum PS, Banks S, Grisso T, Heilbrun K, Mulvey EP, Roth LH: An actuarial model of violence risk assessment for people with mental disorder. Psychiatric Services 2005; 56:810-815

150. *Appelbaum PS, Bonnie R, Karlawish J: The capacity to vote of persons with Alzheimers disease. American Journal of Psychiatry 2005;162:2094-2100. Excerpted in Vellas B, Winblad B, Grundman M, Fitten LJ, Feldman H, Giacobini E, Kurz A (eds.), Research and Practice in Alzheimer's Disease, Vol 12. Paris, Serdi Publishers, 2007.

151. Mohamed M, Punwani M, Clay M, Appelbaum PS: Protecting the residency training environment: a resident's perspective on the ethical boundaries in the faculty-resident relationship. Academic Psychiatry 2005;29:368-373.

152. Stroup S, Appelbaum PS, Swartz M, Patel M, Davis S, Jeste D, Kim S, Keefe R, Manshreck T, McEvoy J, Lieberman J: Decision-making capacity for research participation among individuals in the CATIE Schizophrenia Trial. Schizophrenia Research 2005;80:1-8.

**2006**

153. *Appelbaum PS: Decisional capacity of patients with schizophrenia to consent to research: taking stock. Schizophrenia Bulletin 2006;32:22-25.

154. Candilis PJ, Geppert CMA, Fletcher KE, Lidz CW, Appelbaum PS: Willingness of subjects with thought disorder to participate in research. Schizophrenia Bulletin 2006;32:159-165.

155. Stroup S, Appelbaum PS: Evaluation of "subject advocate" procedures in the Clinical Antipsychotic Trials of Intervention Effectiveness (CATIE) Schizophrenia Study. Schizophrenia Bulletin 2006;32:147-152.

156. Jones P, Appelbaum PS, Siegel D for the Massachusetts Work Group on Law Enforcement Access to Hospital Patients: Law enforcement interviews of hospital patients: a conundrum for clinicians. JAMA 2006;295:822-825.

157. Dunn LB, Palmer BW, Keehan M, Jeste DV, Appelbaum PS: Assessment of therapeutic misconception in older schizophrenia patients using a brief instrument. American Journal of Psychiatry 2006;163:500-506.

158. Kim S, Appelbaum P: The capacity to appoint a proxy and the possibility of concurrent proxy directives. Behavioral Sciences and the Law 2006; 24:469-478.

159. *Appelbaum PS, Redlich A: Use of leverage over patients' money to promote adherence to treatment. Journal of Nervous & Mental Disease 2006;194:294-302.

160. *Appelbaum PS, Redlich A: Impact of decisional capacity on the use of leverage to encourage treatment adherence. Community Mental Health Journal 2006;42:121-130.

161. Sattar SP, Pinals DA, Din AU, Appelbaum PS: To commit or not to commit: the psychiatry resident as a variable in involuntary commitment decisions. Academic Psychiatry 2006;30:191-195.

162. Kim SYH, Caine ED, Swan JG, Appelbaum PS: Do clinicians follow a risk-sensitive model of capacity determination? An experimental video survey. Psychosomatics 2006;47:325-329.

163. Monahan J, Steadman HJ, Appelbaum PS, Grisso T, Mulvey EP, Roth LH, Robbins PC, Banks S, Silver E: The classification of violence risk. Behavioral Sciences and the Law 2006;24:721-730

164. Skeem JL, Silver E, Appelbaum PS, Tiemann J: Suicide-related behavior after psychiatric hospital discharge: implications for risk assessment and management. Behavioral Sciences and the Law 2006;24:731-746.

165. Anfang SA, *Appelbaum PS: Civil commitment—the American experience. Israel Journal of Psychiatry and Related Sciences 2006;43:209-218.

**2007**

166. Arikan R, Appelbaum PS, Sercan M, Turkcan S, Satmis N, Polat A: Civil commitment in Turkey: reflections on a bill drafted by psychiatrists. International Journal of Law and Psychiatry 2007;30:29-35.

167. Christopher P, Foti ME, Roy-Bujnowski K, Appelbaum PS: Consent form readability and educational levels of potential participants in mental health research. Psychiatric Services 2007;58:227-232.

168. Dunn LB, Palmer BW, Appelbaum PS, Saks E, Aarons GA, Jeste D: Prevalence and correlates of adequate performance on a measure of abilities related to decisional capacity: differences among three standards for the MacCAT-CR in patients with schizophrenia. Schizophrenia Research 2007;89:110-118.

169. LeBourgeois HW, Pinals DA, Williams V, Appelbaum PS: Hindsight bias among psychiatrists. Journal of the American Academy of Psychiatry and the Law 2007;35:67-73.

170. Pincus HA, Page AEK, Druss B, Appelbaum PS, Gottlieb G, England MJ: Can psychiatry cross the quality chasm? Improving the quality of health care for mental and substance-use conditions. American Journal of Psychiatry 2007; 164:712-719.

171. White-Bateman SR, Schumacher HC, Sacco RL, Appelbaum PS: Consent for thromobolysis in acute stroke: review and future directions. Archives of Neurology 2007; 64:785-792.

172. Kim SYH, Appelbaum PS, Swan J, Stroup TS, McEvoy JP, Goff DC, Jeste DV, Lamberti JS, Leibovici A, Caine ED: Determining when impairment constitutes incapacity for informed consent in schizophrenia research. British Journal of Psychiatry 2007;191:38-43.

173. Elbogen EB, Swanson JW, Appelbaum PS, Swartz MS, Ferron J, Van Dorn RA, Wagner HR: Competence to complete psychiatric advance directives: effects of facilitated decision making. Law and Human Behavior 2007;31:275-289.

174. Jeste DV, Palmer BW, Appelbaum PS, Golshan S, Glorioso D, Dunn LB, Kim K, Meeks T, Kraemer HC: A new brief instrument for assessing decisional capacity for clinical research. Archives of General Psychiatry 2007;64:966-974.

175. *Appelbaum PS: Assessment of patients' competence to consent to treatment. New England Journal of Medicine 2007;357:1834-40; letter and reply, 2008;358:644.

176. Klitzman R, Siragusa J, Albala I, Nelson K, Appelbaum PS: The reporting of monetary compensation in research articles. Journal of Empirical Research on Human Research Ethics 2007;2(4):61-67.

177. Hurme S, Appelbaum PS: Defining and assessing capacity to vote: the effect of mental impairment on the rights of voters. McGeorge Law Review 2007;38:931-1014.

178. Prentice K, Appelbaum PS, Conley R, Carpenter W. Maintaining informed consent validity during lengthy research protocols. IRB: Ethics and Human Research 2007;29(6):1-6.

**2008**

179. Karlawish J, Bonnie RJ, Appelbaum PS, Kane R, Lyketsos C, Karlan P, James B, Sabatino C, Lawrence T, Knopman D: Identifying the barriers and challenges to voting by residents in nursing homes and assisted living settings. Journal of Aging and Social Policy 2008;20:65-79.

180. Klitzman R, Albala I, Siragusa J, Patel J, Appelbaum PS: Disclosure of information to potential subjects on research recruitment websites. IRB: Ethics and Human Research 2008;30(1):16-20.

181. Klitzman R, Appelbaum PS, Chung W, Sauer MV: Anticipating issues related to increasing preimplantation genetic diagnosis use: a research agenda. Reproductive Biomedicine Online 2008;17(Suppl. 1):33-42 ( http://www.rbmonline.com/Article/3517)

182. Candilis PJ, Fletcher KE, Geppert CMA, Lidz CW, Appelbaum PS: A direct comparison of research decision-making capacity: schizophrenia/schizoaffective, medically ill, and non-ill subjects. Schizophrenia Research 2008;99:350-358.

183. Szmuckler G, Appelbaum PS: Treatment pressures, leverage, coercion, and compulsion in mental health care. Journal of Mental Health (UK) 2008;17:233-244.

184. *Appelbaum PS: Ethics and forensic psychiatry: translating principles into practice. Journal of the American Academy of Psychiatry and the Law 2008;36:195-200.

185. Schwartz V, *Appelbaum PS. Monitoring the informed consent process: Improving the quality of informed consent to research. IRB: Ethics and Human Research 2008; 30(5):19-20.

186. *Appelbaum PS, Le Melle S: Techniques used by assertive community treatment (ACT) teams to encourage adherence: patient and staff perceptions. Community Mental Health Journal 2008; 44:459-464.

**2009**

187. *Appelbaum PS, Lidz CW, Klitzman R: Voluntariness of consent to research: a conceptual model. Hastings Center Report 2009; 39(1):30-39.

188. Kim SYH, Kim HM, Langa KM, Karlawish JHT, Knopman DS, Appelbaum PS: Surrogate consent for dementia research: a national survey of older Americans. Neurology 2009; 72:149-155.

189. Luber B, Fisher C, Appelbaum PS, Ploesser M, Lisanby SH: Non-invasive brain stimulation in the detection of deception: scientific challenges and ethical consequences. Behavioral Sciences and the Law 2009; 27:191–208.

190. Raad R, Karlawish J, *Appelbaum PS: The capacity to vote of persons with serious mental illness. Psychiatric Services 2009;60:624-628.

191. Weisner C, Lu Y, Hinman A, Bonnie RJ, Moore C, Chi FW, Monahan J, Appelbaum PS: Workplace mandates to enter chemical dependency treatment: substance use, psychiatric severity, and employment outcomes. Psychiatric Services 2009;60:646-54.

192. Lui VWC, Lam LCW, Luk DNY, Wong LHL, Tam CWC, Chiu HFK, Appelbaum PS: Capacity to make treatment decisions in Chinese older persons with very mild dementia and mild Alzheimer's disease. American Journal of Geriatric Psychiatry 2009;17:428-436.

193. Jeste DV, Palmer BW, Golshan S, Eyler LT, Dunn LB, Meeks T, Glorioso D, Fellows I, Kraemer H, Appelbaum PS: Multimedia consent for research in people with schizophrenia and normal subjects: a randomized controlled trial. Schizophrenia Bulletin 2009;35:719-729.

194. Yu FOT, Lui VWC, Lam LCW, Chiu HFK, Karlawish JHT, Appelbaum PS: Assessment of capacity to make financial decisions in Chinese psychogeriatric patients: a pilot study. Hong Kong J Psychiatry 2009;19:82-86.

195. Lidz CW, Appelbaum PS, Joffe S, Albert K, Rosenbaum J, Simon L: Competing commitments in clinical trials. IRB: Ethics and Human Research 2009;31(5):1-6.

196. Klitzman R, Zolovska B, Folberth W, Sauer MV, Chung W, Appelbaum P. Preimplantation genetic diagnosis (PGD) on in-vitro fertilization (IVF) websites: presentations of risks, benefits and other information. Fertility and Sterility 2009;92: 1276-1283.

197. Wisner KL, Appelbaum PS, Uhl K, Goldkind SF: Pharmacotherapy for depressed pregnant women: overcoming obstacles to optimize treatment. Clinical Pharmacology and Therapeutics 2009;86:362-365. doi:10.1038/clpt.2009.160.

198. *Appelbaum PS, Lidz CW, Klitzman R: Voluntariness of consent to research: a preliminary empirical investigation. IRB: Ethics and Human Research 2009;30(6):10-14.

**2010**

199. Kim SYH, Uhlmann R, Appelbaum PS, Knopman DS, Kim HM, Damschroder L, Struble L, DeVries R: Deliberative assessment of surrogate consent in dementia research. Alzheimer's & Dementia doi: 10.1016/j.jalz.2009.06.001.

200. Albala I, Doyle M, Appelbaum PS*: The evolution of informed consent forms for research: an evaluation of changes over a quarter century. IRB: Ethics and Human Research 2010;32(3):7-11.

201. Fisher CE, Appelbaum PS: Diagnosing consciousness: legal and ethical implications of neuroimaging for disorders of consciousness. Journal of Law, Medicine, and Ethics 2010;38:374-385.

202. Gold A, Appelbaum PS: Unconscious conflict of interest – a Jewish perspective. Journal of Medical Ethics 2011;37:402-405.

203. Appelbaum PS*, Gold A: Psychiatrists' relationships with industry: the principal-agent problem. Harvard Review of Psychiatry 2010;18:255–265.

204. Lui VWC, Lam LCW, Luk DNY, Chiu HFK, Appelbaum PS: Neuropsychological performance predicts decision-making abilities in Chinese older persons with mild or very mild dementia. East Asian Archives of Psychiatry 2010;20:116-22.

**2011**

205. Dunn LB, Holtzheimer PE, Hoop JG, Mayberg H, Roberts LW, Appelbaum PS. Ethical issues in deep brain stimulation research for treatment resistant depression. American Journal of Bioethics—Neuroscience 2011;2(1): 29–36.

206. Kim SYH, Karlawish J, Kim HM, Wall IF, Bozoki A, Appelbaum PS. Preservation of the capacity to appoint a proxy decision maker: implications for dementia research. Archives of General Psychiatry 2011;68(2):214-220.

207. Jansen L, Appelbaum PS, Klein W, Sulmasy D, Weinstein N, Cook J, Fogel J. Unrealistic optimism in early phase oncology trials. IRB: Ethics & Human Research 2011;33(1): 1-8. PMCID: PMC3095438.

208. Berenson J, Appelbaum PS: A geospatial analysis of the impact of sex offender residency restrictions in two New York counties. Law and Human Behavior 2011;35:235–246.

209. Christopher PP, Arikan R, Pinals DA, Fisher WH, Appelbaum PS: Evaluating psychiatric disability: differences by forensic expertise. Journal of the American Academy of Psychiatry and the Law 2011;39:183–8.

210. Gold A, Appelbaum PS, Stanley BH: Screening for suicidality in the emergency department: when must researchers act to protect subjects' interests? Archives of Suicide Research 2011:15:140-150.

211. Stroup TS, Appelbaum PS, Gu H, Hays S, Swartz MS, Keefe RSE, Kim S, Manschreck T, Boshes R, McEvoy JP, Lieberman JA: Longitudinal consent-related abilities among research participants with schizophrenia: results from the CATIE study. Schizophrenia Research 2011;130:47-52. PMCID: PMC3139717.

212. Kim SYH, Appelbaum PS, Kim MH, Wall IF, Bourgeois JA, Frankel B, Hails KC, Rundell JR, Seibel KM, Karlawish JH: Variability of judgments of capacity: experience of capacity evaluators in a study of research consent capacity. Psychosomatics 2011;52:346-353. PMCID: PMC3142349.

213. *Appelbaum PS: Reference guide to mental health evidence, in Reference Manual on Scientific Evidence, 3rd ed. Washington, DC, National Academy of Sciences and Federal Judicial Center, 2011.

214. Grinshpoon A, Khawaled R, Polakiewicz J, Appelbaum PS, Ponizovsky AM: Psychiatric hospitalization by court observation order in Israel: a ten-year follow-up study. Israel Journal of Psychiatry and Related Sciences 2011;48:201-206.

215. Lawrence RE, *Appelbaum PS: Genetic testing in psychiatry: a review of attitudes and beliefs. Psychiatry 2011;74:315-331. PMCID: PMC3285424.

216. Christopher PP, Leykin Y, Appelbaum PS, Holtzheimer PE, Mayberg HS, Dunn LB: Enrolling in deep brain stimulation research for depression: influences on potential subjects' decision making. Depression and Anxiety 2012;29(2):139-146.

217. Leykin Y, Christopher PP, Holtzheimer PE, Appelbaum PS, Mayberg HS, Lisanby SH, Dunn LB: Participants' perceptions of deep brain stimulation research for treatment-resistant depression: risks, benefits, and therapeutic misconception. American Journal of Bioethics—Primary Research 2011;2(4):33–41.

218. Kim SYH, Kim HM, Knopman DS, DeVries R, Damschroder L, Appelbaum PS: Effect of public deliberation on attitudes toward surrogate consent for dementia research. Neurology 2011;77 2097-2104. PMCID: PMC3235352.

**2012**

219. Hoge SK, Appelbaum PS: Ethics and neuropsychiatric genetics: a review of major issues. International Journal of Neuropsychopharmacology doi:10.1017/S1461145711001982. NIHMS: 356328.

220. Raad R, *Appelbaum PS: Relationships between medicine and industry: approaches to the problem of conflicts of interest. Annual Review of Medicine 2012;63:465–77.

221. Lidz CW, Simon LJ, Seligowski AV, Myers S, Gardner W, Candilis PJ, Arnold R, Appelbaum PS: The participation of community members on medical institutional review boards. Journal of Empirical Research on Human Research Ethics 2012;7(1):1-8.

222. *Klitzman R, *Appelbaum PS: To protect human subjects, review what was done, not proposed. Science 2012;335:1576-1577.

223. *Weng C, *Appelbaum PS, Hripcsak G, Kronish IM, Busacca L, Davidson KW, Bigger JT. Using EHRs to integrate research with patient care: promises and challenges. Journal of the American Medical Informatics Association doi:10.1136/amiajnl-2012-000878 (published online April 28, 2012).

224. Klitzman R, Chung W, Marder K, Shanmugham A, MS, Chin LJ, Stark M, Leu C-S, Appelbaum PS: Attitudes and practices among internists concerning genetic testing. Journal of Genetic Counseling doi:10.1007/s10897-012-9504-z (published online May 15, 2012). NIHMSID #378146.

225. Lidz CW, Appelbaum PS, Arnold R, Candilis P, Gardner W, Garverich S, Simon L: IRBs: how closely do they follow the Common Rule? Academic Medicine doi: 10.1097/ACM.0b013e3182575e2e (published online May 22, 2012).

226. Candilis PJ, Lidz CW, Appelbaum PS, Arnold RM, Gardner W, Garverich S, Grudzinskas AJ, Simon LJ: The silent majority: who speaks at IRB meetings? IRB: Ethics and Human Research 2012;34(4):15-19.

227. Siegal G, Bonnie RJ, Appelbaum PS: Personalized disclosure by information-on-demand: attending to patients' needs in the informed consent process. Journal of Law, Medicine & Ethics 2012;40:359-367.

228. Fisher CE, Dunn LB, Christopher PP, Holtzheimer PE, Leykin Y, Mayberg HS, Lisanby SH, *Appelbaum PS. The ethics of research on deep brain stimulation for depression: decisional capacity and therapeutic misconception. Annals of the New York Academy of Sciences doi: 10.1111/j.1749-6632.2012.06596.x.

**In press**

229. Dunn LB, Fisher SR, Hantke M, Appelbaum PS, Dohan D, Young JP, Roberts LW: "Thinking about it for somebody else": Alzheimer's disease research and proxy decisionmakers' translation of ethical principles into practice. American Journal of Geriatric Psychiatry (in press).

230. Gold A, Appelbaum PS: The inclination to evil and the punishment of crime: from the Bible to behavioral genetics. Israel Journal of Psychiatry and Related Sciences (in press). NIHMS: 362356.

231. De Vries R, Ryan KA, Stanczyk A, Appelbaum PS, Damschroder L, Knopman DS, Kim SYH: Public's approach to surrogate consent for dementia research: cautious pragmatism. American Journal of Geriatric Psychiatry (in press).

232. Lui VWC, Lam LCW, Chau RCM, Fung AWT, Wong BML, Leung GTY, Leung KF, Chiu HFK, Karlawish JHT, Appelbaum PS: Capacity to make decisions on medication management in Chinese older persons with mild cognitive impairment and mild Alzheimer Disease. International Psychogeriatrics (in press).

233. Palmer BW, Ryan KA, Kim HM, Karlawish JH, Appelbaum PS, Kim SY. Neuropsychological correlates of capacity determinations in Alzheimer disease: implications for assessment. American Journal of Geriatric Psychiatry (in press).

234. Overton E, Appelbaum PS, Fisher SR, Dohan D, Roberts LW, Dunn LB. Alternative decision makers' perspectives on assent and dissent for dementia research. American Journal of Geriatric Psychiatry (in press).

235. *Appelbaum PS, Anatchkova M, Albert K, Dunn LB, Lidz CW. Therapeutic misconception in research subjects: development and validation of a measure. Clinical Trials (in press).

CHAPTERS AND BOOKS:

**1982**

1. Gutheil TG, Appelbaum PS. (1982) Clinical Handbook of Psychiatry and the Law. McGraw-Hill, New York, NY.

2. Roth LH, Appelbaum PS. (1982) What we do and do not know about treatment refusals in mental institutions, in Doudera A, Swazey JT (eds.): Refusing Treatment in Mental Institutions: Values in Conflict. AUPHA Press, Ann Arbor, MI.

3. *Appelbaum PS. (1982) Confidentiality in psychiatric treatment, in Grinspoon L (ed.): Psychiatry. The American Psychiatric Annual Review. American Psychiatric Press, Washington, DC.

4. *Appelbaum PS, Roth LH. (1982) Treatment refusal in medical hospitals, in Making Health Care Decisions, Volume 2: Appendix. President's Commission for the Study of Ethical Problems in Medicine and Biomedical & Behavioral Research. Washington, DC.

**1983**

5. *Appelbaum PS. (1982) Legal considerations in the prevention and treatment of assault, in Lion JR, Reid WH (eds.): Assaults in Psychiatric Facilities. Grune and Stratton, New York, NY.

6. Roth LH, Appelbaum PS. (1983) Obtaining informed consent for research with psychiatric patients - the controversy continues, in Sadoff R (ed.): "Forensic Psychiatry," Psychiatric Clinics of North America. W.B. Saunders, Philadelphia, PA.

**1984**

7. *Appelbaum PS. (1984) Legal and ethical aspects of psychopharmacologic practice, in Bernstein JG (ed): Clinical Psychopharmacology. PSG Publishing Co., Littleton, MA.

8. *Appelbaum PS. (1984) Legal issues in the care of the chronic mental patient, in Talbott JA (ed.): The Chronic Mental Patient - Five Years Later. Grune and Stratton, New York, NY.

9. *Appelbaum PS. (1984) Informed consent: always full disclosure? in Sieber JE (ed.): NIH Readings on the Protection of Human Subjects in Behavioral and Social Sciences Research:

Conference Proceedings and Background Papers. University Publications of America, Frederick, MD.

10. *Appelbaum PS. (1984) Informed consent and the therapeutic misconception, in Sieber JE (ed.): NIH Readings on the Protection of Human Subjects in Behavioral and Social Science Research: Conference Proceedings and Background Papers. University Publications of America, Frederick, Maryland, MD.

11. Halleck SL, Appelbaum PS, Rappeport J, Dix GE. (1984) Psychiatry in the sentencing process: Report of the Task Force on the Role of Psychiatry in the Sentencing Process, in Issues in Forensic Psychiatry. American Psychiatric Press, Washington, DC.

12. *Appelbaum PS. (1984) Legal issues, in Weiner M, Guggenheim F (eds.): Manual of Psychiatric Consultation and Emergency Care. Jason Aronson, New York, NY.

**1985**

13. *Appelbaum PS. (1995) Depressive disorders, in Kuper A, Kuper J (eds.): The Social Science Encyclopedia, Routledge and Kegan Paul, London, England; revised with A. Stone for 2nd ed., 1994.

14. *Appelbaum PS. (1985) Civil commitment, in Michels R, et al. (eds.): Psychiatry. Vol. 3, Epidemiology, Legal, and Social Psychiatry. J.B. Lippincott, Philadelphia, PA and Basic Books, New York, NY. Excerpted, in Reisner R (ed.): Law and the Mental Health System: Civil and Criminal Aspects. St. Paul, West Publishing Co., 1985; revised with SA Anfang, 1996.

15. *Appelbaum PS. (1985) Implications of Tarasoff for clinical practice, in Beck J (ed.): The Potentially Violent Patient and the Tarasoff Decision in Psychiatric Practice. American Psychiatric Press, Washington, DC.

16. *Appelbaum PS. (1985) Rethinking the duty to protect, in Beck J (ed.): The Potentially Violent Patient and the Tarasoff Decision in Psychiatric Practice. American Psychiatric Press, Washington, DC.

17. Appelbaum PS (Section editor; with Roth LH thru 1994): Legal psychiatry section of Psychiatry, Vol. 3, Epidemiology, Legal and Social Psychiatry. Michels R, et al. (eds.) J.B. Lippincott Co., Philadelphia, PA, revised yearly through 1998; Basic Books, New York, NY 1985; also published as Klerman GL, Weissman MM, Appelbaum PS, Roth LH (eds). (1986) Psychiatry, Vol. 5, Social, Epidemiologic and Legal Psychiatry. Basic Books, New York, NY J.B. Lippincott, Philadelphia, PA.

**1986**

18. *Appelbaum PS, Hoge SK. (1986) Empirical research on the effects of legal policy on the right to refuse treatment, in Parry J (ed.): The Right to Refuse Antipsychotic Medication. American Bar Association, Washington, DC.

**1987**

19. *Appelbaum PS, Lidz CW, Meisel A. (1987) Informed Consent: Legal Theory and Clinical Practice. Oxford University Press, New York, NY; Japanese edition. Bunkodo Co., Tokyo, Japan.

20. Benson PR, Roth LH, Appelbaum PS, Lidz CW, Winslade WW. (1987) Informed consent and the regulation of psychiatric research, in Miller JL, Lewis M (eds.): Research in Social Problems and Public Policy, Volume 4. JAI Press, Greenwich, CT.

21. *Appelbaum PS. (1987) Legal aspects of violence by psychiatric patients, in Hales RE, Frances AJ (eds.): American Psychiatric Association Annual Review, Volume 6, American Psychiatric Press, Washington, DC.

22. Reiser SJ, Bursztajn H, Appelbaum PS, Gutheil TG. (1987) Divided Staffs, Divided Selves: A Case Approach to Mental Health Ethics. Cambridge University Press, New York, NY.

**1989**

23. *Appelbaum PS (Section editor). (1989) Law and psychiatry section of American Psychiatric Press Review of Psychiatry, Volume 8, American Psychiatric Press, Washington, DC.

24. *Appelbaum PS. (1989) Paul Appelbaum on Law & Psychiatry: Collected Articles from Hospital and Community Psychiatry. American Psychiatric Association, Washington, DC.

25. Hoge SK, Appelbaum PS. (1989) Legal issues in outpatient psychiatry, in Lazare A (ed.): Outpatient Psychiatry, 2nd edition. Williams & Wilkins, Baltimore, MD.

26. Hoge SK, Appelbaum PS, Geller JL. (1989) Involuntary treatment, in Tasman A, Hales R, Frances AJ (eds.): American Psychiatric Press Review of Psychiatry, Volume 8. American Psychiatric Press, Washington, DC.

**1990**

27. Appelbaum K, Appelbaum PS. (1990) The HIV-positive patient, in Beck J (ed.): Confidentiality Versus the Duty to Protect: Foreseeable Harm in the Practice of Psychiatry. , American Psychiatric Press, Washington, DC.

**1991**

28. *Appelbaum PS, Gutheil TG. (1991) Clinical Handbook of Psychiatry and the Law, 2nd edition. Williams and Wilkins, Baltimore, MD.

29. Weiden PJ, Dixon L, Frances A, Appelbaum PS, Haas G, Rapkin . (1991) Neuroleptic noncompliance in schizophrenia, in Tamminga CA, Schulz SC (eds.): Advances in Neuropsychiatry and Psychopharmacology, Volume 1: Schizophrenia Research. Raven Press, New York, NY.

**1993**

30. Hoge SK, Appelbaum PS. (1993) The role of informed consent in psychopharmacology, in Lieberman J, Kane J (eds.): Adverse Effects of Psychotropic Drugs. Guilford Press, New York, NY.

31. Steadman HJ, Monahan J, Robbins PC, Appelbaum PS, Grisso T, Klassen D, Mulvey E, Roth LH. (1993) From dangerousness to risk assessment: implications for appropriate research strategies, in Hodgins S (ed.): Crime and Mental Disorder. Sage Publications, Newbury Park, CA.

**1994**

32. *Appelbaum PS. (1994) Almost a Revolution: Mental Health Law and the Limits of Change. Oxford University Press, New York, NY.

33. Steadman HJ, Monahan J, Appelbaum PS, Grisso T, Mulvey EP, Roth LH, Robbins PC, Klassen D. (1994) Designing a new generation of risk assessment research, in Steadman HJ, Monahan J (eds.): Violence and Mental Disorder: Developments in Risk Assessment. University of Chicago Press, Chicago, IL.

34. Appelbaum KL, Appelbaum PS. (1994) Forensic psychiatry, in Goldman HH (ed.):Review of General Psychiatry (4th ed.). Appleton and Lange, Greenwich, CT; revised for 5th ed., 2000.

**1995**

35. Appelbaum K, Appelbaum PS. (1995) Prosecution as a response to violence by psychiatric patients, in Eichelman BS, Hartwig AC (eds.): Patient Violence and the Clinician. American Psychiatric Press, Washington, DC.

**1997**

36. *Appelbaum PS, Uyehara L, Elin M (eds.). (1997) Trauma & Memory: Clinical & Legal Controversies. Oxford University Press, New York, NY.

37. * Appelbaum PS. (1997) Reflections on trauma and memory, in Appelbaum PS, Uyehara L, Elin M (eds.), Trauma and Memory: Clinical and Legal Controversies. Oxford University Press, New York, NY.

**1998**

38. *Appelbaum PS. (1998) Psychopathology, crime and law, in Skodol AE (ed.), Psychopathology and Violent Crime. American Psychiatric Press, Washington, DC.

39. Grisso T, Appelbaum PS. (1998) Assessing Competence To Consent To Treatment: A Guide for Physicians and Other Health Professionals. Oxford University Press, New York, NY; Japanese edition (2000) Nippon-Hyoron-sha, Tokyo, Japan; Italian edition (2000) Il Consenso Alle Cure: Guida Alla Valutazione Per Medici e Altri Operatori Sanitari, Centro Scientifico Editore, Torino.

40. Grisso T, Appelbaum PS (1998) MacArthur Competence Assessment Tool for Treatment (MacCAT-T). Professional Resource Press, Sarasota, FL

**1999**

41. Berg J, Appelbaum PS. (1999) Subjects' capacity to consent to neurobiological research, in Pincus H, Lieberman JA, Ferris S (eds.), Ethics in Psychiatric Research: A Resource Manual for

Human Subjects Protection. American Psychiatric Press, Washington, DC. Reprinted in Appelbaum PS, Grisso TG. (2001) The MacArthur Competence Assessment Tool for Clinical Research (MacCAT-CR). Professional Resource Press, Sarasota, FL.

**2000**

42. Gutheil TG, Appelbaum PS. (2000) Clinical Handbook of Psychiatry and the Law, 3rd edition, Lippincott/Williams & Wilkins, Philadelphia.

43. * Appelbaum PS. (2000) Voluntary and involuntary hospitalization, in Kazdin AE (ed.), Encyclopedia of Psychology. American Psychological Association and Oxford University Press, Washington, DC.

**2001**

44. Monahan J, Steadman H, Silver E, Appelbaum PS, Robbins PC, Mulvey EP, Roth LH, Grisso T, Banks S. (2001) Rethinking Risk Assessment: The MacArthur Study of Mental Disorder and Violence. Oxford University Press, New York, NY; Japanese edition (in press), Seiwa Shoten, Tokyo.

45. Berg JW, Appelbaum PS, Lidz CW, Parker L. (2001) Informed Consent: Legal Theory and Clinical Practice, 2nd edition. Oxford University Press, New York, NY.

46. *Appelbaum PS. (2001) Informed and implied consent of research subjects, in Smelser NJ, Baltes PB (eds.), International Encyclopedia of the Social and Behavioral Sciences. Pergamon, Amsterdam, Netherlands; Oxford, pp 13246-13250, 2001.

47. Monahan J, Appelbaum PS. (2001) Reducing violence risk: diagnostically based clues from the MacArthur Violence Risk Assessment Study, in Hodgins S (ed.): Effective Prevention of Crime and Violence Among the Mentally Ill. Kluwer Academic Publishers, Dordrecht, Netherlands.

48. Szmukler G, Appelbaum PS. (2001) Treatment pressures, coercion, and compulsion, in Thornicroft G, Szmukler G (eds.), Textbook of Community Psychiatry. Oxford University Press, Oxford, United Kingdom.

49. *Appelbaum PS, Grisso T. (2001) The MacArthur Competence Assessment Tool for Clinical Research (MacCAT-CR). Professional Resource Press, Sarasota, FL. Japanese translation (2012), Japan Institute of Mental Health, Tokyo.

**2002**

50. Pinals DA, Appelbaum PS. (2002) Ethical aspects of neuropsychiatric research with human subjects, in Davis KL, Charney D, Coyle JT, Nemeroff C (eds.): Neuropsychopharmacology: The 5th Generation of Progress. An official publication of The American College of Neuropsychopharmacology. Lippincott Williams & Wilkins, Philadelphia, PA.

**2004**

51. Anfang SA, Appelbaum PS. (2004) Involuntary psychiatric hospitalization (civil commitment): adult and child, in Koocher GP, Norcross JC, Hill SS (eds.): Psychologist's Desk Reference, Oxford University Press, New York, NY 1998; 2nd ed., 2004; 3rd ed., (in press).

**2005**

52. Monahan J, Steadman HJ, Appelbaum PS, Grisso T, Mulvey EP, Roth LH, Robbins PC, Banks S, Silver E. (2005) Classification of Violence Risk (COVR): Professional Manual and Software. Psychological Assessment Resources, Inc., Lutz, FL.

53. Institute of Medicine, Committee on Crossing the Quality Chasm: Adaptation to Mental Health and Addictive Disorders (Appelbaum PS, member) (2005): Improving the Quality of Health Care for Mental Health and Substance Use Conditions. National Academies Press, Washington, DC.

**2006**

54. Anfang SA, Appelbaum PS (2006): Forensic evaluation of the older patient, in Agronin ME, Maletta GJ (eds.), Geriatric Psychiatry: Evaluation and Management. Philadelphia, Lippincott/Williams & Wilkins; revised (2011): Agronin ME, Maletta GJ (eds.), Principles and Practice of Geriatric Psychiatry, 2nd ed. Philadelphia, Lippincott/Williams & Wilkins.

**2007**

55. *Appelbaum PS, Gutheil TG (2007): Clinical Handbook of Psychiatry and the Law, 4th ed. Philadelphia, Lippincott/Williams & Wilkins.

**2008**

56. Hoge SK, Appelbaum PS (2008): Ethical, legal, and social implications of psychiatric genetics and genetic counseling, in Tsuang MT, Smoller JW, Rosen-Sheidley B (eds.): Psychiatric Genetics: Applications in Clinical Practice. American Psychiatric Publishing, Arlington, VA.

57. *Appelbaum PS, Lidz, C (2008): The therapeutic misconception, in Emanuel EJ, Grady C, Crouch RA, Lie RK, Miller FG, Wendler D (eds.), The Oxford Textbook of Clinical Research Ethics. New York, Oxford University Press.

58.*Appelbaum PS (2008): MacArthur Competence Assessment Tool—Clinical Research (MacCAT-CR), in Cutler BL (ed.), Encyclopedia of Psychology and Law. Thousand Oaks, CA, Sage Publishing.

**2009**

59. *Appelbaum PS (2009): Adolescent bereavement and Amelia Gutierrez: an ethical dilemma, in Barnhill JW (ed.), Approach to the Psychiatric Patient: Case-Based Essays. Washington, DC, American Psychiatric Publishing.

60. Institute of Medicine, Committee on Health Research and the Privacy of Health Information —The HIPAA Privacy Rule (Appelbaum PS, member) (2009): Beyond the HIPAA Privacy Rule: Improving Privacy, Enhancing Health Through Research. National Academies Press, Washington, DC.

**2010**

61. Stroup TS, Appelbaum PS (2010): Human subjects considerations, in Stroup TS, Lieberman JA (eds.), Antipsychotic Trials in Schizophrenia: The CATIE Project. New York, Cambridge University Press.

**2011**

62. *Appelbaum PS, Lidz CW, Klitzman R (2011): Coercion and undue influence in psychiatric research, in Kallert T, Mezzich J, Monahan J (eds.), Coercive Treatment in Psychiatry: Clinical, Legal and Ethical Aspects. Chichester, UK, Wiley-Blackwell.

63. Szmukler G, Appelbaum PS (2011): Treatment pressures, coercion and compulsion, in Thornicroft G, Szmukler G, Mueser KT, Drake RE (eds.), Oxford Textbook of Community Mental Health. Oxford, UK, Oxford University Press.

**2012**

64. Arboleda-Florez J, Appelbaum PS, Bonnie RJ, Konrad N, Polubinskaya SV, Richardson G, Tellez C, Xiehe L (2012): Use of diagnosis in forensic psychiatry, in Saxena S, Esparza P, Regier DA, Saraceno B, Sartorius N (eds.), Public Health Aspects of Diagnosis and Classification of Mental and Behavioral Disorders. Arlington, VA, American Psychiatric Publishing (on behalf of World Psychiatric Association).

**In press**

65. Fisher CE, Hasin D, Appelbaum PS (in press): Promises and risks for participants in studies of genetic risk for alcohol or drug dependence, in Chapman AR (ed.), Genetics Research on Addiction: Ethics, the Law and Public Health. Cambridge, UK, Cambridge University Press.

66. Appelbaum PS (in press): The future of informed consent to research: reconceptualizing the process, in Arras JD, Kukla R, Fenton E (eds.), Routledge Companion to Bioethics. New York, Routledge.

NON PEER-REVIEWED ARTICLES

**1979**

1. *Appelbaum PS, Gutheil TG: Drugging a defendant: arm-chair ethics? (ltr.). Hastings Center Report 1979; 9(5):4

2. *Appelbaum PS: Michigan's sensible "living will" (ltr.). New England Journal of Medicine 1979; 301:788

**1980**

3. Gutheil TG, Appelbaum PS: The patient always pays: reflections on the Boston State case and the right to rot. Man and Medicine 1980; 5:3-11

4. *Appelbaum PS: Least restrictive alternative: some comments, amplification. Hospital & Community Psychiatry 1980; 31:420

5. Orsulak PJ, Appelbaum PS: Monitoring imipramine concentrations in the plasma of elderly patients: a case study. Therapeutic Drug Monitoring Continuing Education Program, American Association for Clinical Chemistry. June, 1980; Washington, DC

**1981**

6. *Appelbaum PS: Review of Mental Health Law: Major Issues, by D Wexler. Arizona Law Review 1981; 23:601-610

7. *Appelbaum PS: Tarasoff: an update on the duty to warn. Hospital & Community Psychiatry 1981; 32:14-15

8. *Appelbaum PS: A.E. & R.R.: Utah's compromise on the right to refuse treatment. Hospital & Community Psychiatry 1981; 32:167-168

9. *Appelbaum PS: Civil rights litigation and mental health: section 1983. Hospital & Community Psychiatry 1981; 32:305-306

10. *Appelbaum PS, Gutheil TG: The right to refuse treatment: the real issue is quality of care. Bulletin of the American Academy of Psychiatry and the Law 1981; 9:199-202

11. *Appelbaum PS, Roth LH: In the matter of PAAR: rape counseling and problems of confidentiality. Hospital & Community Psychiatry 1981; 32:461-462

12. *Appelbaum PS: Law and psychiatry, Soviet style. Hospital & Community Psychiatry 1981; 32:601-602

13. *Appelbaum PS: Psychiatrists' role in the death penalty. Hospital & Community Psychiatry 1981; 32:761-762

**1982**

14. *Appelbaum PS: Insanity defense: new calls for reform. Hospital & Community Psychiatry 1982; 33:13-14

15. *Appelbaum PS: Dyskinesia and unipolar depression (ltr.). American Journal of Psychiatry 1982; 139:140-141. Correction 1982; 139:387

16. *Appelbaum PS: Limitations on guardianship of the mentally disabled. Hospital & Community Psychiatry 1982; 33:183-184

17. *Appelbaum PS: Do the mentally disabled have the right to be physicians? Hospital & Community Psychiatry 1982; 33:351-352

18. Orsulak PJ, Appelbaum PS, Vasile RG: Tricyclic antidepressants: imipramine. Clinical Psychopharmacology 1982 ; 3(3):CP 82-83. 1-9

19. *Appelbaum PS: The issue of sterilization and the mentally retarded. Hospital & Community Psychiatry 1982; 33:523-524

20. *Appelbaum PS: Civil commitment: is the pendulum changing direction? Hospital & Community Psychiatry 1982; 33:703-704

21. *Appelbaum PS: The cautious advance on the right to treatment. Hospital & Community Psychiatry 1982; 33:895-896

22. Appelbaum PS: Can a subject consent to a "Ulysses' contract?" Commentary. Hastings Center Report 1982; 12(4):27-28. Reprinted in Levine C, Veatch RM (eds. 1984): Cases in Bioethics (revised edition). The Hastings Center, Hastings-on-Hudson, NY

**1983**

23. *Appelbaum PS: Can mental patients say no to drugs? New York Times Magazine, March 21, 1982; 46-59. Reprinted in Kelleher M, MacMurray B, Shapiro T (eds. 1983): Drugs and Society: A Critical Reader. Kendall-Hunt Publishing, Dubuque, IA

24. *Appelbaum PS: Refusing treatment: the uncertainty continues. Hospital & Community Psychiatry 1983; 34:11-12

25. *Appelbaum PS: Review of Legal Issues in the Care of Psychiatric Patients by RL Sadoff. American Journal of Psychiatry 1983; 140:806

26. *Appelbaum PS, Roth LH, Lidz CW: Ethics of the randomized clinical trial (ltr.). New England Journal of Medicine 1983; 308:344

27. *Appelbaum PS: Paternalism and the role of the mental health lawyer. Hospital & Community Psychiatry 1983; 34:211-212. Letter and Reply, Hospital & Community Psychiatry 1983; 34:853-854. Reprinted in Wexler D (ed. 1990): Therapeutic Jurisprudence. Carolina Academic Press, Durham, NC

28. *Appelbaum PS: The zoning out of the mentally disabled. Hospital & Community Psychiatry 1983; 34:399-400

29. *Appelbaum PS: The rights of children. Review of Children's Competence to Consent, by G Melton, G Koocher, M Saks (eds.). Contemporary Psychiatry 1983; 2:275-277

30. Rachlin S, Appelbaum PS: The limits of confidentiality. Hospital & Community Psychiatry 1983; 34:589-590

31. *Appelbaum PS: The disability system in disarray. Hospital & Community Psychiatry 1983; 34:783-784

32. *Appelbaum PS: Death, the expert witness, and the dangers of going Barefoot. Hospital & Community Psychiatry 1983; 34:1003-1004

**1984**

33. *Appelbaum PS: The most difficult patients. Review of Current Perspectives on Personality Disorders, by J Frosch (ed.). Contemporary Psychiatry 1984; 3:147-148

34. *Appelbaum PS: Commentary on "What patients don't tell their therapists." Integrative Psychiatry 1984; 2(1):35-36

35. *Appelbaum PS: The expansion of liability for patients' violent acts. Hospital & Community Psychiatry 1984; 35:13-14

36. Gutheil TG, Appelbaum PS: Book reviewers and gender (ltr.). Hospital & Community Psychiatry 1984; 35:387-388

37. *Appelbaum PS: Hypnosis in the courtroom. Hospital & Community Psychiatry 1984; 35:657-658

38. Wettstein RM, Appelbaum PS: Legal liability for tardive dyskinesia. Hospital and Community Psychiatry 1984; 35:992-994.

**1985**

39. *Appelbaum PS: Psychiatry in British courts. Review of Murder into Manslaughter: The Diminished Responsibility Defense in Practice by Susan Dell. Contemporary Psychiatry 1985; 5:29-30

40. *Appelbaum PS: Introduction to the special section on APA's Model Commitment Law. Hospital & Community Psychiatry 1985; 36:966-968

41. Geller JL, Appelbaum PS: Competency to stand trial: neuroleptic medication and demeanor in court. Hospital & Community Psychiatry 1985; 36:6-7. Reprinted in Rucker WB, Rucker ME (eds. 1987): Annual Editions: Drugs, Society and Behavior 87/88. Dushkin Publishing Group, Guilford, CT

42. *Appelbaum PS: Review of Mentally Abnormal Offenders, by M Craft, A Craft. New England Journal of Medicine 1985; 312:561-562

43. *Appelbaum PS: Informed consent: the unfinished revolution. Columbia College Today 1985-86; 13(1):18-20

44. *Appelbaum PS: Forum: The insanity defense. Harvard Medical School Mental Health Letter 1985; 1(12):8

45. *Appelbaum PS: England's new commitment law. Hospital & Community Psychiatry 1985; 36:705-706, 713

46. *Appelbaum PS: Question the experts: must chronic schizophrenic patients who have been stabilized on antipsychotic medication be told of the risk of tardive dyskinesia? Journal of Clinical Psychopharmacology 1985; 5:364-365

47. *Appelbaum PS: The role of the mental health professional in court. Hospital & Community Psychiatry 1985; 36:1043-1044

**1986**

48. *Appelbaum PS: The rising tide of patients' rights advocacy. Hospital & Community Psychiatry 1986; 37:9-10

49. *Appelbaum PS: Confidentiality: winning one for a change. Hospital & Community Psychiatry 1986; 37:334-335

50. *Appelbaum PS: Forum: what are recent changes in civil commitment laws and how will they affect mental health professionals? Harvard Medical School Mental Health Letter 1986; 2(12):8

51. *Appelbaum PS: Q & A: Physician's legal obligation to report a patient's crime. Medical Aspects of Human Sexuality 1986; 20(8):15, 18

52. *Appelbaum PS, Klein J: Therefore choose death? Commentary 81(4):23-29, 1986. Letters and response 1986; 82(1):2-4. Reprinted in Human Life Review 1986; 12(4):100-112; and in Death/Dying (Opposing Viewpoints Sources 1986 Annual). Greenhaven Press, St. Paul, MN.

53. *Appelbaum PS: Pondering the liability crisis. Review of Total Justice, by LM Friedman. Contemporary Psychiatry 1986; 5:209-210

54. *Appelbaum PS: Competence to be executed: another conundrum for mental health professionals. Hospital & Community Psychiatry 1986; 37:682-684

55. *Appelbaum PS: Outpatient commitment: the problems and the promise (editorial). American Journal of Psychiatry 1986; 143:1270-1272

56. *Appelbaum PS: DRGs and mental health law: a glimpse of the future. Hospital & Community Psychiatry 1986; 37:997-998

57. Hoge SK, Appelbaum PS: The right to refuse treatment: a clinical bibliography, in Parry J (ed.): The Right to Refuse Antipsychotic Medication. American Bar Association, Washington, DC.

58. Hoge SK, Appelbaum PS: Psychiatry and confidentiality. Massachusetts Medicine 1986; 1(6):48-49

**1987**

59. *Appelbaum PS: Allen v. Illinois: The Fifth Amendment and the sexually dangerous person. Hospital & Community Psychiatry 1987; 38:25-26

60. *Appelbaum PS, Bonnie RJ, Dietz PE, Thorup OA: The death penalty: dilemmas for physicians and society. Pharos 1987; 50(3):23-27

61. Miller RD, Rachlin S, Appelbaum PS: Patients' rights: The action moves to state courts. Hospital & Community Psychiatry 1987; 38:343-344

62. *Appelbaum PS: Commentary on "Neuropsychiatric and neurobiological aspects of homicide, reflecting on normal action." Integrative Psychiatry 1987; 5(2)

63. Roth LH, Appelbaum PS, Malmquist CP: The patient's right to refuse treatment. American College of Psychiatrists' Psychiatric Update (audiotape and transcript). 1987; 7(3)

64. *Appelbaum PS: Crazy in the streets. Commentary 83(5):34-39, 1987. Letters and response 1987; 84(3):14-18. Reprinted in Current No. 296, 4-10, October 1987; in Ramage J, Bean JC (eds. 1985): Writing Arguments: A Rhetoric with Readings, 3rd edition. Allyn and Bacon; Boston, MA; in Edwards RB (ed. 1997): Ethics of Psychiatry: Insanity, Rational Autonomy and Mental Health Care. Prometheus Books, Amherst, NY; and in Lammers SE, Verhey A (eds. 1998) Moral Medicine: Theological Perspectives in Medical Ethics. W.B. Erdmanns Publishing, Grand Rapids, MI

65. *Appelbaum PS: Resurrecting the right to treatment. Hospital & Community Psychiatry 1987; 38:703-704, 721

66. *Appelbaum PS: Mental illness: no longer a myth. The World and I 1987; 2(11):607-615

**1988**

67. *Appelbaum PS: Forum: the meaning of competence in mental health law. Harvard Medical School Mental Health Letter 1988; 5(1):8

68. *Appelbaum PS: AIDS, psychiatry and the law. Hospital & Community Psychiatry 1988; 39:13-14. Letter and response 1988; 39:671

69. *Appelbaum PS: Housing for the mentally ill: an unexpected outcome of a class-action suit against SSA. Hospital & Community Psychiatry 1988; 39:479-480

70. *Appelbaum PS: Romeo misunderstood. Developments in Mental Health Law 1988; 8(1):3, 16

71. *Appelbaum PS: Commentary on the duty to protect in forensic mental health. Expert Opinion 1988; 1(2):11

72. Fisher W, Pierce G, Appelbaum PS: How flexible are our civil commitment laws? Hospital & Community Psychiatry 1988; 39:711-712

73. *Appelbaum PS: Ask the experts: Treatment refusal. Newsletter of the American Academy of Psychiatry and the Law 1988; 13(2):12-13

74. *Appelbaum PS: Comment on "Suicide attempts and resuscitation dilemmas." General Hospital Psychiatry 1988; 10:428-430

75. *Appelbaum PS, Perry S: Point/Counterpoint: Does the duty to warn take precedence over HIV patients' confidentiality? Physician's Weekly 1988; 5(36)

76. *Appelbaum PS: Commentary on competence to file suit. Expert Opinion 1988; 2(1):8-9

77. Benedek E, Appelbaum PS, Stotland N: Undue familiarity. American College of Psychiatrists' Psychiatric Update (audiotape and transcript) 1988; 8(12)

**1989**

78. *Appelbaum PS: Telling secrets about confidentiality. Review of The Psychotherapist-Patient Privilege: A Critical Examination, by D Shuman and M Weiner. Contemporary Psychology 1989; 34:375-377

79. *Appelbaum PS: Foreword and Afterword, in Law and Psychiatry, in Appelbaum PS (ed. 1989), in The American Psychiatric Press Review of Psychiatry: Volume 8. Tasman A, Hales R, Frances (eds.). American Psychiatric Press, Washington, DC

80. *Appelbaum PS: Forum: what rights do patients have to refuse treatment? Harvard Medical School Mental Health Letter 1989; 5(7):8, 1989

81. *Appelbaum PS: Protecting child witnesses in sexual abuse cases. Hospital & Community Psychiatry 1989; 40:13-14

82. *Appelbaum PS: Fear of psychiatry: legacy of the 1960s. The World and I 1989; 4(7):576-585 July

83. *Appelbaum PS: Admitting children to psychiatric hospitals: a controversy revived. Hospital & Community Psychiatry 1989; 40:334-335

84. *Appelbaum PS: <u>Harper</u> <u>v.</u> <u>State</u>: Treatment refusal in a penal setting. Newsletter of the American Academy of Psychiatry and the Law 1989; 14(1):6-8

85. *Appelbaum PS: "Titicut Follies": Patients' rights and institutional reform. Hospital & Community Psychiatry 1989; 40:679-680

86. *Appelbaum PS: Litigating insurance coverage for mental disorders. Hospital & Community Psychiatry 1989; 40:993-994

87. *Appelbaum PS: Forum: What are the prospects for insurance coverage of mental disorders? Harvard Medical School Mental Health Letter 1989; 7(6):8

88. Adelman RM, Appelbaum PS, Rudovsky R, Morse SJ: How to establish the criminal insanity defense. (videotape) CLE-TV: The Lawyer's Video Magazine 1989; 2(8), December

**1990**

89. *Appelbaum PS: Forum: How does the law view alcoholism? Harvard Medical School Mental Health Letter 1989; 6(3):8; reprinted in Harvard Medical School Mental Health Review: Alcohol Abuse and Dependence. Boston, MA

90. *Appelbaum PS: Statutes regulating patient-therapist sex. Hospital & Community Psychiatry 1990; 41:15-16

91. *Appelbaum PS: Washington v. Harper: prisoners' rights to refuse antipsychotic medication. Hospital & Community Psychiatry 1990; 41:731-732

92. *Appelbaum PS: Voluntary hospitalization and due process: the dilemma of Zinermon v. Burch. Hospital & Community Psychiatry 1990; 41:1059-1060

**1991**

93. *Appelbaum PS: Forum: what are the current standards for involuntary commitment to a mental hospital? Harvard Medical School Mental Health Letter 1991; 7(11):8

94. *Appelbaum PS: Barring the state hospital door. Hospital & Community Psychiatry 1991; 42:351-352

95. *Appelbaum PS, Rudegeair T: The limits of beneficence: a case analysis. Ethics and Behavior 1991; 1:209-212

96. *Appelbaum PS: General guidelines for psychiatrists who prescribe medication for patients treated by non-medical psychotherapists. Hospital & Community Psychiatry 1991; 42:281-282

97. Jorgenson L, Appelbaum PS: For whom the statute tolls: extending the time during which patients can sue. Hospital & Community Psychiatry 1991; 42:683-684

98. *Appelbaum PS: Advance directives for psychiatric treatment. Hospital & Community Psychiatry 1991; 42:983-984

99. *Appelbaum PS: Involuntary outpatient commitment: therapeutic and ethical issues. Relapse: Issues in the Management of Chronic Psychosis 1991; 1(3):4,11

**1992**

100. *Appelbaum PS: Controlling prescription of benzodiazepines. Hospital & Community Psychiatry 1992; 43:12-13

101. *Appelbaum PS: Practice guidelines in psychiatry: malpractice implications. Hospital & Community Psychiatry 1992; 43:341-342

102. *Appelbaum PS: Memories and murder. Hospital & Community Psychiatry 1992; 43:679-680

103. *Appelbaum PS: Ask the experts: Duty to protect when patient has a violent plan but denies intent. Newsletter of the American Academy of Psychiatry and the Law 1992; 17(1):19

104. *Appelbaum PS: Psychiatry and access to abortions. Hospital & Community Psychiatry 1992; 43:967-968

**1993**

105. Gabbard GO, Appelbaum PS: Point/Counterpoint: Should all sexual contact between psychotherapists and former patients be prohibited? Physician's Weekly 1992; 9(21). Reprinted as Should therapists be banned from sex with ex-patients? Washington Post (Health Section), January 5, 1993.

106. *Appelbaum PS: Foucha v. Louisiana: When must the state release insanity acquittees? Hospital & Community Psychiatry 1993; 44:9-10

107. *Appelbaum PS, Greer A: Confidentiality in group therapy. Hospital & Community Psychiatry 1993; 44:311-312

108. *Appelbaum PS: Modifying the impact of managed care. Hospital & Community Psychiatry 1993; 44:525-527

109. Greer A, Appelbaum PS: Civil liability of mentally ill persons. Hospital & Community Psychiatry 1993; 44:617-618

110. Cohen LS, Greer A, Appelbaum PS: Abortion, pregnancy, and mental illness: Treatment, legal competence, and therapeutic interventions. Harvard Review of Psychiatry 1993; 1(2):118-122

111. *Appelbaum PS: Godinez v. Moran: The U.S. Supreme Court addresses competence to stand trial. Hospital & Community Psychiatry 1993; 44:929-930

112. Grisso T, Appelbaum PS: Structuring the debate about ethical predictions of future violence. Law and Human Behavior 1993; 17:482-485

113. * Appelbaum PS: Must we forego informed consent to control health care costs? Milbank Quarterly 1993; 71:669-676. Reprinted in Arras J, Steinbock B (eds. 1998): Ethical Issues in Modern Medicine, 5th ed., Mayfield Publishing, Mountain View, CA

**1994**

114. *Appelbaum PS: Evaluating the admissibility of expert testimony. Hospital & Community Psychiatry 1994; 45:9-10

115. Geller JL, Appelbaum PS: Samuel B. Woodward's remarks on feigned insanity. Hospital & Community Psychiatry 1994; 45:318-319, 328

116. *Appelbaum PS: Forum: What are the limits of confidentiality in mental health treatment? Harvard Medical School Mental Health Letter 1994; 11(3): 8

117. *Appelbaum PS: Mental health law and ethics in transition: report from Japan. Hospital & Community Psychiatry 1994; 45:635-636,644. Reprinted in Levine ML (ed.): Mental Illness, Medicine, and Law. Aldershot (UK), Ashgate Publishing, 2009.

118. *Appelbaum PS: New approaches to the assessment of dangerousness of the mentally ill. Japanese Journal of Psychiatry and Neurology 1994; 48(Supp): 77-83

119. *Appelbaum PS, Greer A: Who's on trial? Multiple personalities and the insanity defense. Hospital & Community Psychiatry 1994; 45:965-966

120. *Appelbaum PS, Hoge SK: Death row dilemma: restoring competence. Psychiatric Times 1994; 11(11):37-39

**1995**

121. *Appelbaum PS: Civil commitment and liability for violating patients' rights. Psychiatric Services 1995; 46:17-18

122. *Appelbaum PS, Dimieri R: Protecting staff from assaults by patients: OSHA steps in. Psychiatric Services 1995; 46:333-334, 338

123. *Appelbaum PS: Do hospitalized patients have a right to smoke? Psychiatric Services 1995; 46:653-654, 660

124. *Appelbaum PS, Hoge SK: Psychiatrists and capital punishment: evaluation and restoration of competence to be executed. Newsletter of the American Academy of Psychiatry and the Law 1995; 20(1):14-15

125. Grisso T, Appelbaum PS: MacArthur Treatment Competence Study. Journal of the American Psychiatric Nurses Association 1995; 1:125-127

**1996**

126. Jick RZ, Appelbaum PS: Forum: Can therapists be sued for "recovered memories"? Harvard Medical School Mental Health Letter 1996; 12(10):8

127. *Appelbaum PS: Managed care & the next generation of mental health law. Psychiatric Services 1996; 47:27-28, 34; Letter and response 1996; 47:765. Reprinted in Shore M (ed. 1996): Managed Care, the Private Sector, and Medicaid Mental Health and Substance Abuse Services. New Directions for Mental Health Services, No. 72. San Francisco, Jossey-Bass; and in Managed Care and Mental Health Services (1997) American Psychiatric Association, Washington, DC

128. *Appelbaum PS: Review of Psychiatry and Criminal Culpability, by Ralph Slovenko. American Journal of Psychiatry 1996; 153:284; letters and reply, 1997; 154:295-296

129. *Appelbaum PS: Who is responsible when a patient's insurance runs out? Psychiatric Services 1996; 47:361-362; reprinted in Managed Care and Mental Health Services. 1997; American Psychiatric Association, Washington, DC

130. Candilis P, Appelbaum PS: A confession of murder: the psychiatrist's dilemma. Loyola of Los Angeles Law Review 1996;29:1691-1698

131. *Appelbaum PS: Suits against clinicians for warning of patients' violence. Psychiatric Services 1996; 47:683-684

132. *Appelbaum PS: Examining the ethics of human subjects research. Kennedy Institute of Ethics Journal 1996; 6:283-288

133. Grisso T, Appelbaum PS: Values and limits of the MacArthur Treatment Competence Study. Psychology, Public Policy, and Law 1996; 2:167-181

134. *Appelbaum PS: Jaffe v. Redmond: Psychotherapist-patient privilege in the federal courts. Psychiatric Services 1996; 47:1033-1034

135. *Appelbaum PS: Civil mental health law: twenty years of history and a look at the future. Mental and Physical Disability Law Reporter 1996; 20:599-604

**1997**

136. *Appelbaum PS: Rethinking the conduct of psychiatric research. Archives of General Psychiatry 1997; 54:117-120

137. *Appelbaum PS: Can the police assist in detaining persons for involuntary commitment? Psychiatric Services 1997; 48:17-18; letter and reply, 1997; 48:543

138. *Appelbaum PS: Ethics in evolution: the incompatibility of clinical and forensic functions (editorial). American Journal of Psychiatry 1997; 154:445-446

139. *Appelbaum PS: Informed consent for psychotherapy: recent developments. Psychiatric Services 1997; 48:445-446

140. *Appelbaum PS: Psychiatric research and the incompetent subject. Psychiatric Services 1997; 48:873-874, 882

141. *Appelbaum PS: Confining sex offenders: The Supreme Court takes a dangerous path. Psychiatric Services 1997; 48:1265-1267

142. *Appelbaum PS: Ask the ethicist: Let my wife bleed to death. Medical Ethics Newsletter (Lahey Hitchcock Clinic) Fall 1997, pp. 3,7. Reprinted in Steinberg D (ed.), Medical Ethics: A Multidisciplinary Approach to Moral Issues in Medicine and Biology. Lebanon, NH, University Press of New England, 2007.

143. *Appelbaum PS: A generation of mental health law reform: taking stock. Strecker Monograph Series, No. 34. November, 1997; Pennsylvania Hospital, Philadelphia, PA

**1998**

144. *Appelbaum PS: Foreword to Steinberg M, Youngner S (eds. 1998), End of Life Decisions: A Psychosocial Perspective. American Psychiatric Press, Washington, DC

145. *Appelbaum PS: A "health information infrastructure" and the threat to the confidentiality of health records. Psychiatric Services 1998; 49:27-28,33

146. *Appelbaum PS: Managed care's responsibility for decisions to deny benefits: the ERISA obstacle. Psychiatric Services 1998; 49(4):461-462, 472

147. *Appelbaum PS, Hartmann L: Is it ethical for psychiatrists to participate in competency-to-be-executed evaluations? Psychiatric Times 1998; 15(1):28-29

148. *Appelbaum PS: Death in denial: commentary. Hastings Center Report 1998; 27(6):24-25

149. Candilis PJ, Appelbaum PS: Role responsibilities in the conflict of clinic and courtroom. Ethics & Behavior 1998; 7:382-385

150. *Appelbaum PS: Discrimination in psychiatric disability coverage and the ADA. Psychiatric Services 1998; 49:875-6, 881

151. *Appelbaum PS: Why denial of physical illness is not a "diagnosis." International Journal of Psychiatry in Medicine 1998; 28:519-522

152. *Appelbaum PS: Present at the creation: mental health law in Eastern Europe and the former Soviet Union. Psychiatric Services 1998; 1299-1300, 1998. Translated and reprinted in Ukrainian Psychiatric Association Bulletin, 2002; No. 1-2(24-25):113-119

153. *Appelbaum PS: Missing the boat: competence and consent in psychiatric research (editorial). American Journal of Psychiatry 1998; 155:1486-1488

154. *Appelbaum PS: The medicalization of judicial decisionmaking. Adviser: Notes from the Mental Health Legal Advisors Committee. 1998; No. 48, pp.16-20; reprinted in the Elder Law Report, February, 1999; 10(7):1-5. Excerpted in Gallanis TP, Dayton AK, Wood MM: Elder Law: Readings, Cases and Materials. Anderson Publishing, Cincinnati, OH, 2000; and in 2nd ed., 2003.

**1999**

155. *Appelbaum PS: Review of Insight and Psychosis by A David, X Amador (eds.). Psychiatric Services 1999; 50:706-707

156. *Appelbaum PS: Ought we to require emotional capacity as part of decisional competence? Kennedy Institute of Ethics Journal 1999; 8:377-387

157. *Appelbaum PS: Child abuse reporting laws: time for reform? Psychiatric Services 1999; 50:27-29

158. *Appelbaum PS: Seclusion and restraint: Congress reacts to reports of abuse. Psychiatric Services 1999; 50:881-882, 885

159. Lemmens TM, Appelbaum PS, Carpenter W, McCarthy C, Petersen C, Streiner D, Weijer C: Placebo-controlled studies in schizophrenia: ethical and scientific perspectives (panel discussion). Schizophrenia Research 1999; 35:227-236

160. *Appelbaum PS: Review of Efficacy and Cost-Effectiveness of Psychotherapy, by D Spiegel (ed.). New England Journal of Medicine 1999; 341:1088-1089

161. *Appelbaum PS: Least restrictive alternative revisited: Olmstead's uncertain mandate for community-based care. Psychiatric Services 1999; 50:1271-1272, 1280

**2000**

162. *Appelbaum PS: Patients' responsibility for their suicidal behavior. Psychiatric Services 2000; 51:15-16

163. *Appelbaum PS: The Draft Act Governing Hospitalization of the Mentally Ill: its genesis and its legacy. Psychiatric Services 2000; 51:190-194

164. *Appelbaum PS, Gershon ES: Voluntary disclosure of genetic information: facing difficult choices in the genomic age. Psychiatric Times 2000; pp.44-47, November

165. *Appelbaum PS: Threats to the confidentiality of medical records: no place to hide (editorial). JAMA 2000; 283:795-797

166. *Appelbaum PS: "I vote. I count": mental disability and the right to vote. Psychiatric Services 2000; 51:849-850, 863

167. *Appelbaum PS, Mester R: Challenges confronting forensic psychiatry in Israel (editorial). Israel Journal of Psychiatry 2000; 37:79-81

168. *Appelbaum PS: Pegram v. Herdrich: The Supreme Court passes the buck on managed care. Psychiatric Services 2000; 51:1225-1226, 1238

169. *Appelbaum PS, Mester R (guest editors): Special issue in forensic psychiatry. Israel J Psychiatry 2000; 37:79-153

170. *Appelbaum PS: Protecting privacy while facilitating research (editorial). American Journal of Psychiatry 2000; 157:1725-1726

171. *Appelbaum PS: Review of Codes of Professional Responsibility: Ethics Standards in Business, Health, and Law, 4th Ed. Psychiatric Services 2000; 51:1326

**2001**

172. *Appelbaum PS: Preface, in Pinard G-F, Pagani L (eds. 2001): Clinical Assessment of Dangerousness: Empirical Contributions. Cambridge University Press, New York, NY

173. *Appelbaum PS: Third party suits against therapists in recovered memory cases. Psychiatric Services 2001; 52:27-28

174. *Appelbaum PS: Liability for forensic evaluations: a word of caution. Psychiatric Services 2001; 52:885-886

175. *Appelbaum PS: Abuses of law & psychiatry in China. Psychiatric Services 2001; 52:1297-1298. Reprinted in Levine ML (ed. 2009): Mental Illness, Medicine, and Law. Aldershot (UK), Ashgate Publishing.

176. Usdin G, Appelbaum PS, Sprehe DJ: The psychiatrist's participation in court. Psychiatric Update (audiotape and transcript) 2001; 22(7)

**2002**

177. *Appelbaum PS: Competence and consent to research: a critique of the recommendations of The National Bioethics Advisory Commission, in Shamoo A (ed. 2002): Research and Decisional Capacity – Responding to the National Bioethics Advisory Commission. Taylor & Francis, New York, NY. Reprinted in Bio Law and in Accountability in Research 1999; 7:265-276

178. *Appelbaum PS: Involving decisionally impaired subjects in research: the need for legislation (editorial). American Journal of Geriatric Psychiatry 2002; 10:120-124

179. *Appelbaum PS: Can a psychiatrist be held responsible when a patient commits murder? Psychiatric Services 2002; 53:27-28

180. *Appelbaum PS: Policing expert testimony: the role of professional organizations. Psychiatric Services 2002; 53:389-390, 399

181. Moser D, Benjamin M, Paulsen J, Schultz S, Ardt S, Fleming F, Brems C, Appelbaum PS, Andreasen N: Decisional capacity and informed consent in schizophrenia and HIV research (abstract). Journal of the International Neuropsychological Society 2002 ; 8(2):188

182. *Appelbaum PS: Clarifying the ethics of clinical research: a path toward avoiding the therapeutic misconception. American Journal of Bioethics 2002; 2:22-23

183. *Appelbaum PS: Dealing with the new legal framework for chemical restraints, in Hughes DH (ed. 2002), Chemical restraints: clinical research and ethical implications. (APA Clinical Highlights Program). American Psychiatric Association, Washington, DC, April

184. *Appelbaum PS: The mental health care crisis in America: a leading psychiatrist speaks out. The Record (Institute of Living, Hartford, CT), 2002; Summer

185. *Appelbaum PS, Sarkar SP: An American perspective: Paul S. Appelbaum. Psychiatric Bulletin (UK) 2002; 26:305-309

186. *Appelbaum PS: Review of Forensic Psychiatry in Islamic Jurisprudence, by K Chaleby. Journal of the Academy of Psychiatry and the Law 2002; 30:462-463

187. *Appelbaum PS: Starving in the midst of plenty: the mental health crisis in America. Psychiatric Services 2002; 53:1247-1248

188. *Appelbaum PS: Response to the presidential address—The systematic defunding of psychiatric care: a crisis at our doorstep. American Journal of Psychiatry 2002; 159:1638-1640

189. *Appelbaum PS: The mind of the murderer. Washington Post, October 15, 2002; p.A19

**2003**

190. *Appelbaum PS: Ambivalence codified: California's new outpatient commitment statute. Psychiatric Services 2003; 54:26-28

191. *Appelbaum PS: Dangerous persons, moral panic, and the uses of psychiatry. Psychiatric Services 2003; 54:441-442

192. *Appelbaum PS: Review of Boundaries of Privacy: Dialectics of Disclosure, by S Petronio. New England Journal of Medicine 2003; 348:1505-1506

193. *Appelbaum PS: Foreword to Fulford B, Morris K, Sadler J, Stanghelling G: Nature and Narrative: An Introduction to a New Philosophy of Psychiatry. 2003; Oxford University Press, Oxford, England

194. *Appelbaum PS: Presidential Address: Re-envisioning a mental health system for the United States. American Journal of Psychiatry 2003; 160:1758-1762

195. *Levine RJ, Carpenter WJ, Appelbaum PS: Clarifying standards for using placebos (ltr.) Science 2003; 300:1658-1659

196. *Appelbaum PS: Treating incompetent defendants: the Supreme Court's decision is a tough Sell. Psychiatric Services 2003; 54:1335-1336, 1341

**2004**

197. *Appelbaum PS: Foreword to Radden J (ed. 2004): The Philosophy of Psychiatry: A Companion. Oxford University Press, New York, NY

198. *Appelbaum PS: Commentary: Willingness and competence of depressed and schizophrenic inpatients to consent to research. Journal of the American Academy of Psychiatry and the Law 2004; 32:144-147

199. *Appelbaum PS: Legalism, post-modernism and the vicissitudes of teaching ethics. Academic Psychiatry 2004; 28:164-167

200. *Appelbaum PS: Psychiatric advance directives and the treatment of committed patients. Psychiatric Services 2004; 55:751-2, 763; letter and response 2004; 55:1067-8

201. *Appelbaum PS: "One madman keeping loaded guns": misconceptions of mental illness and their legal consequences. Psychiatric Services 2004; 55:1105-1106

202. *Appelbaum PS: Commentary, in Pollack DA (ed. 2004): Moving From Coercion to Collaboration in Mental Health Services. DHHS Publication No. (SMA) 04-3869. Center for Mental Health Services, Substance Abuse and Mental Health Services Administration, Rockville, MD

**2005**

203. *Appelbaum PS: Behavioral genetics and the punishment of crime. Psychiatric Services 2005; 56:25-27

204. *Appelbaum PS: Dangerous severe personality disorders: England's experiment in using psychiatry for public protection. Psychiatric Services 2005; 56:397-399; letters and reply 2005; 56:872-874

205. *Appelbaum PS: Taking Issue: Advance directives: stigma strikes again. Psychiatric Services 2005; 56:515; letter and reply, 2005; 56:874-875

206. *Appelbaum PS: Assessing Kendra's Law: five years of outpatient commitment in New York. Psychiatric Services 2005; 56:791-792

207. *Appelbaum PS: Psychopharmacology and the power of narrative. American Journal of Bioethics 2005;5:48-49

208. Arikan R, Appelbaum PS: A day in the life of a psychiatrist-in-the-making. Academic Psychiatry 2005;29:383-384.

209. *Appelbaum PS: Review of Doctors From Hell: The Horrific Account of Nazi Experiments on Human Subjects by V. Spitz. New England Journal of Medicine 2005;353:1187-1188.

210. *Appelbaum PS: Obstacles to reform of mental health systems: funding, fragmentation, and fanaticism. Israel Journal of Psychiatry 2005;42:211-213.

**2006**

211. *Appelbaum PS: Twenty-five years of law and psychiatry. Psychiatric Services 2006;57:18-20.

212. *Appelbaum PS: Review of Paranoia: The Psychology of Persecutory Delusions, by D Freeman, PA Garety. Psychiatric Services 2006;57:281-282.

213. *Appelbaum PS, Roberts LW: Introduction: Report of the APA's Task Force on Research Ethics. Psychiatric Services 2006;57:550-551.

214. *Appelbaum PS: History of civil commitment and related reforms: lessons for today. Developments in Mental Health Law 2006;25(1):13-22.

215. *Appelbaum PS: "Depressed? Get out!": dealing with suicidal students on college campuses. Psychiatric Services 2006;57:914-916.

216. * Appelbaum PS: Violence and mental disorders: data and public policy (editorial). American Journal of Psychiatry 2006;163:1319-1321.

217. *Appelbaum PS, Lidz CW: Clinical ethics versus clinical research. American Journal of Bioethics 2006;6:53-55.

218. Karlawish JH, Bonnie RJ, Appelbaum PS, Karlan PS, McConnell SR: Policy statement on voting by persons with dementia residing in long-term care facilities. Alzheimer's and Dementia 2006;2:243-245.

219. *Appelbaum PS: Insanity, guilty minds, and psychiatric testimony. Psychiatric Services 2006;57:1370-1372.

220. *Appelbaum PS: Psychiatric advance directives at a crossroads—When can PADs be overridden? Journal of the American Academy of Psychiatry and the Law 2006;34:395-397.

221. *Appelbaum PS, Lidz CW: Re-evaluating the therapeutic misconception: Response to Miller and Joffe. Kennedy Institute Ethics Journal 2006;16:367-373.

**2007**

222. Appelbaum DM, Appelbaum PS: The gene wars: should science determine sovereignty? Azure 2007;No.27:51-79. Translated into Hebrew and published in Techelet 2007; No. 28:19-43.

223. *Appelbaum PS: Foreword, in Candilis PJ, Weinstock R, Martinez R (2007), Ethics and the Courtroom Expert: A New Look at Forensic Ethics. New York: Kluwer Academic Publishers.

224. *Appelbaum PS: The new lie detectors: neuroscience, deception and the courts. Psychiatric Services 2007;58:460-462.

225. Grisso T, Appelbaum PS: Appreciating anorexia: decisional capacity and the role of values. Philosophy, Psychology and Psychiatry 2007;13:293-297.

226. *Appelbaum PS: Whistle-blowers and the First Amendment: protecting public employees in psychiatric facilities. Psychiatric Services 2007;58:900-902.

227. Freedman R, Ross R, Michels R, Appelbaum P, Siever L, Binder R, Carpenter W, Friedman SH, Resnick P, Rosenbaum J: Psychiatrists, mental illness, and violence. American Journal of Psychiatry 2007;164:1315-1317.

228. *Appelbaum PS: Death row delusions: when is a prisoner competent to be executed? Psychiatric Services 2007;58:1258-1260.

229. *Appelbaum PS: Comment on the case of Mr. A.B. Journal of Clinical Ethics 2008;18:402-403.

**2008**

230. *Appelbaum PS: Introductory comments, in Roberts LW, Hoop JG (2008), Professionalism and Ethics: Q & A Self-Study Guide for Mental Health Professionals. Arlington, VA: American Psychiatric Publishing.

231. Kendler KS, Appelbaum PS, Bell CC, Fulford KWM, Ghaemi SN, Schaffner KF, Waterman GS, First MB, Sadler JZ: DSM-V should include a conceptual issues work group. American Journal of Psychiatry 2008;165:174-175.

232. Appelbaum DM, Appelbaum PS: Genetics and the Jewish identity. Jerusalem Post, February 11, 2008.

233. Torrey EF, Stanley J, Monahan J, Steadman H, and the MacArthur Group: The MacArthur Violence Risk Assessment Study revisited: two views 10 years after its initial publication. Psychiatric Services 2008;59:147-152.

234. *Appelbaum PS, Lidz CW: 25 years of therapeutic misconception (ltr.). Hastings Center Report 2008;38(2):5-6.

235. *Appelbaum PS: Sex offenders in the community: are current approaches counterproductive? Psychiatric Services 2008;59:352-354.

236. *Appelbaum PS: Foreword, in Simon RI, Tardiff K (2008): Textbook of Violence Assessment and Management. Arlington, VA: American Psychiatric Publishing.

237. *Appelbaum PS: Privilege in the federal courts: should there be a "dangerous patient exception"? Psychiatric Services 2008;59:714-716.

238. Appelbaum DM, Appelbaum PS: Bearing Jacob's ladder. Review of Goldstein DB: Jacob's Legacy: A Genetic View of Jewish History. Forward, August 29, 2008.

239. *Appelbaum PS: Review of The Insanity Offense: How America's Failure to Treat the Seriously Mentally Ill Endangers Its Citizens, by E. Fuller Torrey. American Journal of Psychiatry 2008; 165:1493-1494.

240. *Appelbaum PS: "A fool for a client?" Mental illness and the right of self-representation. Psychiatric Services 2008;59:1096-1098.

**2009**

241. *Appelbaum PS: Through a glass darkly: functional neuroimaging evidence enters the courtroom. Psychiatric Services 2009;60:21-23.

242. *Appelbaum PS: Decisional vs. performative capacities: not exactly a new idea. American Journal of Bioethics 2009;9(2):31-32.

243.*Appelbaum PS: Deception, coercion, and the limits of interrogation. Psychiatric Services 2009;60:422-424; letter and response 2009;60:850.

244.*Appelbaum PS: Foreword, in Saleh F, Grudzinskas A, Bradford J, Brodsky D (eds.), Sex Offenders: Identification, Risk Assessment, Treatment, and Legal Issues. New York: Oxford University Press, 2009.

245. *Appelbaum PS Schopp RF: The mental health challenge: treating patients and protecting society. Grand Rapids, MI: Richard and Helen DeVos Foundation, 2009.

246. *Appelbaum PS: Mental retardation and the death penalty: After *Atkins*. Psychiatric Services 2009;60:1295-1297.

**2010**

247. *Appelbaum PS: Contact with pharmaceutical representatives: where does prudence lead? American Journal of Bioethics 2010;10(1):11-13.

248. *Appelbaum PS: Recommendations for relationships between psychiatry and industry. Carlat Psychiatry Report 2010;8(3):4-5.

249. *Appelbaum PS: Genetic discrimination in mental disorders: the impact of GINA. Psychiatric Services 2010;61:338-340; letter and response 2010;61:634.

250. *Appelbaum PS, Albert SM: Intimate-partner violence in Gaza and the West Bank (letter). Lancet 2010;375:1252.

251. *Appelbaum PS: Harnessing the power of fusion? A valiant but flawed effort to obviate the need for a distinct mental health law. Journal of Mental Health Law (UK) 2010;No. 20:25-33.

252. *Appelbaum PS: Understanding "understanding": an important step toward improving informed consent to research. American Journal of Bioethics (Primary Research) 2010;1(2):1-3.

253. *Appelbaum PS: Foreword, in Simon RI, Gold LH (eds.) (2010), American Psychiatric Publishing Textbook of Forensic Psychiatry. Arlington, VA, American Psychiatric Publishing.

254. Schwartz V, Katz J, Appelbaum PS: Keep guns off college campuses. The Huffington Post, May 12, 2010, http://www.huffingtonpost.com/victor-schwartz/keep-guns-off-college-cam_b_573634.html

255. *Appelbaum PS, Swanson J: Gun laws and mental illness: how sensible are the current restrictions? Psychiatric Services 2010;61:652-654.

256. *Appelbaum PS: Consent in impaired populations. Current Neurology and Neuroscience Reports 2010;10:367-373. doi: 10.1007/s11910-010-0123-5.

257. Appelbaum DM, Appelbaum PS: Genetics of the Jews: history and identity. GeneWatch 2010;23(3):6-7.

258. Barnett M, Appelbaum PS: Facilitating testimony by people with mental illness. Psychiatric Services 2010;61:958-960.

259. Schwartz V, Katz J, Appelbaum PS: Disaster 101: Guns on college campuses. The Huffington Post, Oct. 28, 2010, http://www.huffingtonpost.com/victor-schwartz/disaster-101-guns-on-coll_b_775436.html?ref=email_share

260. Gorelick DA, Appelbaum PS: Questions on conflict of interest (letter). American Journal of Psychiatry 2010;167:1407.

261. *Appelbaum PS: Forensic ethics, interrogations, and getting the facts right. Psychiatric Times 2010;27(11):17-18.

262. *Appelbaum PS: Coping with the ethical conundra of forensic psychiatry: a tribute to Howard Zonana, MD. Journal of the American Academy of Psychiatry and the Law 2010;38: 551-558.

263. Fisher CE, Devlin MJ, Appelbaum PS: Parsing neurobiological dysfunctions in obesity: nosologic and ethical consequences. American Journal of Bioethics 2010;10(12):14-16.

264. *Appelbaum PS: Reforming malpractice: the prospects for change. Psychiatric Services 2010;62:6-8.

**2011**

265. *Appelbaum PS: Avoiding premature judgments about the duty to protect. Ethics & Behavior 2011;21:82-83.

266. *Appelbaum PS: Review of Cold War in Psychiatry: Human Factors, Secret Actors, by Robert van Voren. American Journal of Psychiatry 2011;168:333.

267. *Appelbaum PS: No easy way to tell which patients may be violent. American Medical News, 54(6), March 28, 2011 (http://www.ama-assn.org/amednews/2011/03/21/prca0321.htm).

268. *Appelbaum PS: SSRIs, suicide and liability for failure to warn of medication risks. Psychiatric Service 2011;62:347-349.

269. *Appelbaum PS, Arboleda-Flórez J, Javed A, Soldatos C, Tyano S: WPA recommendations for relationships of psychiatrists, health care organizations working in the psychiatric field and psychiatric associations with the pharmaceutical industry. World Psychiatry 2011;10(2):1-4.

270. Gold A, Appelbaum PS: Murder, inheritance and mental illness. Psychiatric Services 2011;62:707-709.

271. *Appelbaum PS: Can a theory of voluntariness be *a priori* and value-free? American Journal of Bioethics 2011;11(8):17-18.

272. *Appelbaum PS: Foreword, in Buchanan A, Norko M (eds.) (2011), The Psychiatric Report: Principles and Practices of Forensic Writing. Cambridge, UK, Cambridge University Press.

273. *Appelbaum PS: Lost in the crowd: prison mental health care, overcrowding and the courts. Psychiatric Services 2011;62:1121-1123.

**2012**

274. *Appelbaum PS: Responsibility for torts: should the courts continue to ignore mental illness? Psychiatric Services 2012;63:308-310.

275. *Appelbaum PS: How to reduce risk for your patients (interview). Carlat Psychiatry Report 2012;June:4-5,8.

276. *Appelbaum PS: Treatment of incompetent, dangerous criminal defendants: parsing the law. Psychiatric Services 2012; 63:630-632.

277. *Appelbaum PS, Lothane HZ: Sabina Spielrein's death (letter). American Journal of Psychiatry 2012;169:759.

**In press**

278. Stone AA, Appelbaum PS: Protecting psychiatrists' reputations on the internet (letter). American Journal of Psychiatry (in press).

279. *Appelbaum PS: Foreword to Sisti DA, Caplan AL, Rimon-Greenspan H (eds.), Mental Healthcare Ethics: Interdisciplinary Perspectives. MIT Press, Cambridge, MA (in press).

280. *Appelbaum PS: Punishing juveniles who kill. Psychiatric Services (in press).

August 17, 2012 **Paul S. Appelbaum, MD**

**Expert Testimony by Deposition or Courtroom Testimony Over the Last 4 Years**

Caulfield v. Imagine Advisors, Inc. No. 07 Civ 1257 (DC), U.S. District Court, Southern District of NY, September 2 and 3, 2008 (deposition—retained by plaintiff).

Pringle v. SC Dept. of Corrections, Court of Common Pleas, Civil Action #07-CP-03-360, County of Allendale, SC, December 17, 2009 (deposition—retained by plaintiff).

Mulligan v. Rosedale, Jefferson County (KY) Circuit Court, No. 09-CI-03494, March 1, 2011 (deposition—retained by defendant).

Mulligan v. Rosedale, Jefferson County (KY) Circuit Court, No. 09-CI-03494, March 1, 2012 (trial testimony—retained by defendant).

Paul S. Appelbaum, MD - Forensic Psychiatry Rates

| | |
|---|---|
| Work performed in office (e.g., review of records, preparation of report, telephone conferences, etc.) | $500/hour |
| Work involving travel (e.g., depositions, testimony) | $2500/half day<br>$5000/full day<br>+ expenses |