WILLIAM EMMETT DWYER, ESQ.
Disability Rights New Jersey, Inc.
210 South Broad Street, Third Floor
Trenton, NJ 08608
Tel: (609) 292-9742
Fax: (609) 777-0187

MITRA HORMOZI, ESQ. *(admitted pro hac vice)*
MELODY WELLS, ESQ. *(admitted pro hac vice)*
ALEXANDRA P. KOLOD, ESQ. *(admitted pro hac vice)*
T. JAKOB SEBROW, ESQ. *(admitted pro hac vice)*
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-6460

*Attorneys for Plaintiff Disability Rights New Jersey, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DISABILITY RIGHTS NEW JERSEY, INC.**, a New Jersey non-profit corporation,<br><br>　　　　　　　Plaintiff,<br><br>　- against -<br><br>**JENNIFER VELEZ**, in her official capacity as Commissioner, State of New Jersey Department of Human Services, and<br><br>**STATE OF NEW JERSEY**<br><br>　　　　　　　Defendants. | Civil Action No. 3:10-cv-03950-DRD-PS<br><br>ECF Case<br><br>**NOTICE OF MOTION**<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that Plaintiff Disability Rights of New Jersey ("DRNJ") upon accompanying Memorandum in Support of DRNJ's Motion for Summary Judgment, and accompanying Statement of Undisputed Facts in Support of Motion for Summary Judgment and all prior proceedings and pleadings herein, will move this Court, at the United

States District Court for the District of New Jersey, before the Honorable Patty Schwartz, on a date and at such time as may be designated by the Court, for an Order granting Plaintiff's request for summary judgment.

Dated: Newark, New Jersey
November 28, 2012

s/ William Emmett Dwyer
William Emmett Dwyer
Disability Rights New Jersey, Inc.
210 South Broad Street, Third Floor
Trenton, NJ 08608
Tel: (609) 292-9742
Fax: (609) 777-0187

Mitra Hormozi *(admitted pro hac vice)*
Melody Wells *(admitted pro hac vice)*
Alexandra P. Kolod *(admitted pro hac vice)*
T. Jakob Sebrow *(admitted pro hac vice)*
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Tel: (212) 446-4800
Fax: (212) 446-6460

*Attorneys for Plaintiff Disability Rights New Jersey, Inc.*