WILLIAM EMMETT DWYER, ESQ.
Disability Rights New Jersey
210 South Broad Street, 3rd Floor
Trenton, NJ 08608
Tel: (609) 292-9742

MITRA HORMOZI, ESQ. *(admitted pro hac vice)*
MELODY WELLS, ESQ. *(admitted pro hac vice)*
ALEXANDRA P. KOLOD, ESQ. *(admitted pro hac vice)*
T. JAKOB SEBROW, ESQ. *(admitted pro hac vice)*
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-6460

*Attorneys for Plaintiff Disability Rights New Jersey*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **DISABILITY RIGHTS NEW JERSEY**, a New Jersey non-profit corporation, | |
| Plaintiff, | |
| - against - | Civil Action No.: 3:10-cv-3950-DRD-PS |
| **JENNIFER VELEZ**, in her official capacity as Commissioner, State of New Jersey Department of Human Services, and | ECF Case |
| **STATE OF NEW JERSEY** | |
| Defendants. | |

**[PROPOSED] ORDER**

2

      This matter having been opened to the Court by Plaintiff Disability Rights New Jersey, Inc., ("Plaintiff") on a motion for summary judgment, and the Court having considered the submissions of the parties; and, for good cause shown:

    **IT IS** on this _____ day of _____ 2012

    **ORDERED** that Plaintiff's Motion for Summary Judgment is granted in full.

                                        _____

                                        Hon. Dickinson R. Debevoise, U.S.D.J.