WILLIAM EMMETT DWYER, ESQ.
Disability Rights New Jersey
210 South Broad Street, 3rd Floor
Trenton, NJ 08608
Tel: (609) 292-9742

MITRA HORMOZI, ESQ. *(admitted pro hac vice)*
MELODY WELLS, ESQ. *(admitted pro hac vice)*
ALEXANDRA P. KOLOD, ESQ. *(admitted pro hac vice)*
T. JAKOB SEBROW, ESQ. *(admitted pro hac vice)*
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-6460

*Attorneys for Plaintiff Disability Rights New Jersey*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **DISABILITY RIGHTS NEW JERSEY**, a New Jersey non-profit corporation, | |
| Plaintiff, | Civil Action No.: 3:10-cv-3950-DRD-PS |
| - against - | |
| **JENNIFER VELEZ**, in her official capacity as Commissioner, State of New Jersey Department of Human Services, and | **CERTIFICATE OF SERVICE** |
| **STATE OF NEW JERSEY** | |
| Defendants. | |

I, William Emmett Dwyer, hereby certifies as follows:

1. I am an attorney admitted to practice before the United States District Court for the District of New Jersey and counsel to the Plaintiff in the above-captioned civil action.

2. On November 28, 2012, I electronically filed the Notice of Motion, Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment and the Statement of Undisputed Facts in Support of Plaintiff's Motion for Summary Judgment with the Clerk, United States District Court for the District of New Jersey, Vicinage of Newark. Counsel of record have received electronic copies of these papers via the electronic case filing system.

3. On November 28, 2012, I will forward one courtesy copy of said papers via FedEx to:

> Honorable Dickinson R. Debevoise, U.S.D.J
> United States District Court
> Martin Luther King, Jr. Federal Building & U.S. Courthouse
> 50 Walnut Street
> Newark, NJ 07101

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 28, 2012

 BY: s/ William Emmett Dwyer
   William Emmett Dwyer
   Disability Rights New Jersey
   210 South Broad, 3rd Floor
   Trenton, NJ 08608